

# Summary Report
**Printed By:** Rod Payne

**** NOT AN OFFICIAL COURT RECORD ****

Case Record 1 of 1

## Case Information

| CASE | COUNTY | DIVISION | CASE STYLE |
|---|---|---|---|
| **20-CI-01011** | **WARREN** | **CIRCUIT** | **BOROWSKI, BOBBY ET AL VS. CSX TRANSPORTATION, INC.** |

FILED DATE
**09/02/2020**

## Case Memo
PERSONAL INJURY

## Party Information

NAME: **BOROWSKI, BOBBY**   PARTY TYPE: **PLAINTIFF / PETITIONER**
HEIGHT: **N/A**   WEIGHT: **N/A**

NAME: **BOROWSKI, STEPHANIE**   PARTY TYPE: **PLAINTIFF / PETITIONER**
HEIGHT: **N/A**   WEIGHT: **N/A**

NAME: **CSX TRANSPORTATION, INC.**   PARTY TYPE: **DEFENDANT / RESPONDENT**
HEIGHT: **N/A**   WEIGHT: **N/A**

**Address**
  CT CORPORATION SYSTEM 306 W. MAIN STREET, SUITE 512 FRANKFORT,KY 40601

**Summons**
  **CIVIL SUMMONS**   issued on **09/02/2020**   served on **09/14/2020**   by way of **CERTIFIED MAIL**

NAME: **HARNED, NORMAN**   PARTY TYPE: **ATTORNEY FOR PLAINTIFF**
HEIGHT: **N/A**   WEIGHT: **N/A**

**Address**
  KERRICK BACHERT PSC 1025 STATE STREET BOWLING GREEN,KY 42101

## Document Information

**COMPLAINT / PETITION** filed on **09/02/2020**
  PERSONAL INJURY

## Event Information

**Events**
  **REVIEW** scheduled for **02/05/2021 07:59 AM** in room **CCI** with **HON. STEVE WILSON**
    ELD INTERNAL REVIEW

**** End of Case Number : 20-CI-01011 ****



**Service of Process Transmittal**
09/08/2020
CT Log Number 538207414

| | |
|---|---|
| **TO:** | Csx Legal Papers<br>Csx Corporation<br>500 WATER ST # J150<br>JACKSONVILLE, FL 32202-4423 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | CSX Transportation, Inc.  (Domestic State: VA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BOBBY BOROWSKI, ET AL., PLTFS. vs. CSX TRANSPORTATION, INC., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Certification, Complaint |
| **COURT/AGENCY:** | Warren County Circuit Court, KY<br>Case # 20CI01011 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 09/10/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/08/2020 postmarked on 09/03/2020 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Norman E. Harried<br>KERRICK BACHERT PSC<br>1025 State Street<br>Bowling Green, KY 42101<br>270-782-8160 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/09/2020, Expected Purge Date: 09/14/2020<br><br>Image SOP<br><br>Email Notification,  Csx Legal Papers  legalpapersintake@csx.com<br><br>Email Notification,  Cathy Hilf  cathy_hilf@csx.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **For Questions:** | 866-401-8252<br>EastTeam2@wolterskluwer.com |

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

4060131840 C003

Brandi Duvall, Warren Circuit Clerk
1001 Center Street, Suite 102
Bowling Green, KY 42101-2184

USPS CERTIFIED MAIL



9236 0901 9403 8320 2354 32

CSX TRANSPORTATION, INC.
CT CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601

NEOPOST            04M11456493
09/03/2020         ZIP 40601
US POSTAGE $011.05⁰



| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **20-CI-01011**<br>Court: **CIRCUIT**<br>County: **WARREN** |

*Plantiff,* BOROWSKI, BOBBY ET AL VS. CSX TRANSPORTATION, INC., *Defendant*

TO: **CSX TRANSPORTATION, INC.**
**CT CORPORATION SYSTEM**
**306 W. MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: 9/2/2020

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____




COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION __
CIVIL ACTION NO. 20-CI-_____

*Electronically Filed*

| | |
|---|---|
| BOBBY BOROWSKI and<br>STEPHANIE BOROWSKI | **PLAINTIFFS** |

V.  **COMPLAINT**

| | |
|---|---|
| CSX TRANSPORTATION, INC.,<br>a Virginia Corporation<br>    <u>Serve via certified mail:</u><br>    CT Corporation System<br>    306 W. Main Street, Suite 512<br>    Frankfort, KY 40601 | **DEFENDANT** |

**COMES NOW** the Plaintiffs, Bobby Borowski and Stephanie Borowski, by and through their attorneys, and for their claims and causes of action against the above-named Defendant, state and allege as follows:

1. That at all times material herein, Plaintiffs Bobby Borowski and Stephanie Borowski were residents of Warren County, Kentucky, residing at 612 Stone Hollow Lane, Bowling Green, Kentucky were employed and working in the State of Kentucky.

2. That at all times material herein, Defendant CSX Transportation was a corporation organized in the state if Virginia and with a principal place of business in Jacksonville, FL.

4. That at all times material herein, Defendant CSX Transportation did own and operate an interstate railroad system, participating in interstate commerce.

5. That at all times material Defendant CSX Transportation did own or operate railroad track, locomotives, or railyards in the state of Kentucky and in the city of Bowling Green.

6. That this action is timely commenced under KRS §413.140.

7. That this Court has jurisdiction over the parties and subject matter in this action and venue is proper as all acts and omissions complained of herein occurred in Warren County, Kentucky. Plaintiffs' claims exceed the jurisdictional amount of $5,000.00.

8. That on September 10, 2019 Plaintiff Bobby Borowski was driving a motor vehicle south-southeast along Tobacco Road toward Louisville Road and was nearing the railroad track that runs parallel to Louisville Road.

9. That trees, vegetation, and other objects obstructed the view down the railroad track, preventing an approaching vehicle from seeing an oncoming train before driving out onto the tracks and the signs and signals warning of an oncoming train were not sufficiently visible to warn a driver in Plaintiff Bobby Borowski's position of an oncoming train.

10. That the obstructed view and insufficient signage and signals prevented Plaintiff Bobby Borowski from being aware of the oncoming CSX train.

11. That the railroad crossing was incorrectly categorized with the Kentucky Department of Transportation and the Federal Railroad Administration.

12. That CSX Transportation had a duty to ensure the railroad crossing at Tobacco Road and Louisville Road had sufficient markings and visibility to protect oncoming drivers.

13. That CSX Transportation negligently breached its duty of care and failed to comply with applicable standards of care in the construction and maintenance of a safe crossing for the traveling public.

14. That CSX's failure to meet its duty was the proximate cause of the collision between the motor vehicle Plaintiff Bobby Borowski was driving and CSX's train and CSX's train and the injuries sustained by Plaintiff Bobby Borowski.

15. That CSX Transportation was negligent in:

　　　　A.　　Failing to remove trees, vegetation, and other obstructions to view so as to provide and ensure proper visibility to the traveling public at its railroad crossings;

　　　　B.　　Failing to provide proper signage, gates, signals, and other warnings for the protection of the traveling public at and before the crossing;

　　　　C.　　Failing to provide a gate or other protective device to prevent automobile traffic from crossing in front of an oncoming train.

　　16.　　That Plaintiff Bobby Borowski was seriously injured as a direct and proximate result of Defendant CSX Transportation's negligence and has been caused to suffer injury and damage in excess of the minimum jurisdictional limits of this Court, including:

　　　　A.　　Medical and drug expenses;

　　　　B.　　Future medical and drug expenses;

　　　　C.　　Serious bodily injury;

　　　　D.　　Permanent bodily injury;

　　　　E.　　physical and mental pain and suffering, both past and future;

　　　　F.　　Mental anguish and inconvenience;

　　　　G.　　Loss or impairment of wages and loss of ability to earn wages in the future.

　　17.　　That Plaintiff Stephanie Borowski is Plaintiff Bobby Borowski's wife.

　　18.　　That prior to the accident Plaintiff Bobby Borowski was able to and did provide all the duties of a husband, including providing services, assistance, aid, society, companionship, and conjugal relationship to Plaintiff Stephanie Borowski.

　　19.　　That Plaintiff Bobby Borowski can no longer provide the duties of a husband to Plaintiff Stephanie Borowski, and Plaintiff Stephanie Borowski has suffered loss of consortium under KRS §411.145.

20. That Plaintiff Stephanie Borowski suffered the loss of services, assistance, aid, society, companionship, and conjugal relationship from and with Plaintiff Bobby Borowski and that CSX Transportation's negligence is a direct and proximate cause of Plaintiff Stephanie Borowski's injuries and losses.

**WHEREFORE,** Plaintiffs Bobby Borowski and Stephanie Borowski pray for judgment against Defendant CSX Transportation, as follows:

A. For recovery of reasonable damages in an amount to be proven at trial, together with interest thereon as provided by law, and for their costs and disbursements herein;

B. Attorney's fees;

C. Trial by jury; and,

D. For such other and further relief the Court deems just.

This September 2, 2020.

KERRICK BACHERT PSC
1025 State Street
Bowling Green, KY 42101
Phone: (270) 782-8160
Facsimile: (270) 782-5856
Email: nharned@kerricklaw.com

*/s/ Norman E. Harned*
Norman E. Harned
*Counsel for Plaintiffs*

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil rule 24 or otherwise, will result in a loss of those rights with respect to aby final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

1. Med Center Health
   800 Park Street
   Bowling Green, KY 42101

2. Matrix Absence Management
   2421 Peoria Avenue, Suite 200
   Phoenix, AZ 85029-4940

3. Commonwealth Financial Resources
   800 Park Street
   Bowling Green, KY 42101

/s/ Norman E. Harned
Norman E. Harned
*Counsel for Plaintiffs*