UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCLKY
BOWLING GREEN DIVISION
CASE NO. 1:20-CV-00166

BOBBY BOROWSKI and
STEPHANIE BOROWSKI                                             PLAINTIFFS

v.          **ORDER GRANTING MOTION TO INTERVENE**

CSX TRANSPORTATION, INC.                                       DEFENDANT


This matter having come before the Court upon the motion of Commonwealth Health Corporation, Inc. to intervene in this civil action pursuant to Fed. R. Civ. P. 24, the Court having considered the record, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Commonwealth Health Corporation, Inc.'s Motion to Intervene is **GRANTED** and the Intervening Complaint is deemed filed as of the date of entry of this Order.


Copies to:   Counsel of Record


3202365