**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| BOBBY BOROWSKI and STEPHANIE BOROWSKI | ) ) ) | |
| Plaintiffs | ) ) | Case No. 1:20-CV-00166-DJH |
| COMMONWEALTH HEALTH CORPORATION, INC. | ) ) ) | Removed from Warren Circuit Court Civil Action No. 20-CI-01011 |
| Intervening Plaintiff | ) ) ) | |
| v. | ) ) | |
| CSX TRANSPORTATION, INC. | ) ) | |
| Defendant | | |

**DEFENDANT, CSX TRANSPORTATION, INC.'S**
**EXPERT WITNESS DISCLOSURES**

Comes the Defendant, CSX Transportation, Inc. ("CSXT"), by counsel, and for its Expert

Witness Disclosures made pursuant to Fed.R.Civ.P.26 and this Court's Civil Jury Trial Order,

states and provides as follows:

CSXT identifies the following witnesses who intend to give testimony at the trial of this

matter consistent with the expert reports submitted herein.  These include:

1. **Richard Campbell**
   **Alfred Benesch & Company**
   **677 Camp Bowie Blvd., Suite 215**
   **Fort Worth, TX  76116**

CSXT encloses herein the expert report of Richard Campbell, his curriculum vitae, and

testimony history. (Exhibit A).  Mr. Campbell is an expert witness in grade crossing collisions,

the signalization of crossings and various Railroad safety topics.  Mr. Campbell will offer his

expert opinion on the subject grade crossing, the responsibilities of the Railroad and the governing road authority relative to installation of warning signs and signals.  Mr. Campbell will testify that the warnings and signals at the subject Tobacco Road crossing were sufficient to warn motorists relative to the presence of an oncoming train.  Mr. Campbell will testify that there were no sight distance obstructions that would have prevented a motorist from seeing the signals to warn of the approach of a train.  Mr. Campbell's expert opinions will be based upon his review of materials as outlined in his expert report.

2.  **Jesse D. Kirk, CMAT**
    **Traffic Crash Reconstructionist**
    **Forensic Vehicle Specialist**
    **Collision Reconstruction Associates**
    **211 East Second Street**
    **Lexington, KY 40507**

CSXT encloses herein the expert report of Jesse Kirk, his curriculum vitae and testimony history. (Exhibit B).   Mr. Kirk performed an accident reconstruction of the subject accident that included a site inspection.  Mr. Kirk's expert opinions will be based upon his site inspection and his review of materials as outlined in his expert report.  Mr. Kirk will testify that Mr. Borowski failed to come to a stop at the intersection approaching the Tobacco Road crossing nor did he come to a stop at the Tobacco Road crossing before pulling his vehicle into the path of the oncoming train.  If Mr. Borowski had stopped and properly scanned the intersection/at-grade crossing, he would have had time to observe the flashing railroad warning lights and hear the warning bells as well as the train horn.  Mr. Kirk will testify there were no real or substantial site obstructions to prevent a motorist from seeing a train or from seeing the train warning light system from the applicable quadrant at issue relative to Mr. Borowski.

**3.  Timothy S. Allen, M.D.**
   **St. Joseph Office Park**
   **1401 Harrodsburg Road, Suite B-488**
   **Lexington, KY  40504-3795**

Dr. Timothy Allen is a Board Certified Forensic Psychiatrist who performed a records review related to Bobby Borowski and conducted a Rule 35 examination, including neuropsychological testing.  His CV outlining his qualifications, training, experience, presentations, and publications is produced herein along with Dr. Allen's Rule 35 Report and Supplemental Report.  (Exhibit C).  Dr. Allen will testify that Mr. Borowski suffered a mild TBI on September 10, 2019 but that he had a pre-existing history of complicated migraine headaches, balance problems with recurrent falls, anxiety, and insomnia from 2016 up through 2019.  Dr. Allen will testify as to the effect of these pre-existing conditions.  Dr. Allen will testify that two sets of neuropsychological testing were done on Mr. Borowski but both were invalidated by Mr. Borowski's effort.   Dr. Allen will testify that Mr. Borowski is at maximum medical improvement for the mild TBI and Adjustment Disorder and that he has no work restrictions from a psychiatric or cognitive standpoint.  CSXT reserves the right to supplement this Report as new evidence is developed in this case in accordance with the Kentucky Rules of Civil Procedure.  It is anticipated that Dr. Allen may rely upon certain medical and scientific literature on the medical/psychological issues relevant to Mr. Borowski's injuries in support of his opinions.

**4.  William S. Smock, M.S., M.D.**
   **Office of the Police Surgeon**
   **Louisville Metro Police Department**
   **633 West Jefferson Street**
   **Louisville, KY  40202**

CSXT encloses herein the curriculum vitae, testimony history, and report of Dr. Bill Smock. (Exhibit D). Dr. Smock will testify that after his review of the medical records, the investigative file of the Bowling Green Police Department, color photographs of the van and the

scene, depositions, and the examination of the exemplar van and driver, that had Mr. Borowski been properly restrained by use of his seat-belt in the 2018 Ford van he would have walked away from this collision, without any significant injuries.   Dr. Smock will testify this is because Mr. Borowski's head would not have impacted any of the components on the passenger side of the vehicle including the dashboard, windshield, A-pillar, or the passenger's door.   Dr. Smock will testify that Mr. Borowski's injuries are totally associated with his decision to not wear the functional restraint system within the van.

Respectfully submitted this 30th day of August, 2021.


BOEHL STOPHER & GRAVES, LLP

*/s/ Rod D. Payne*

Rod D. Payne
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
rdpayne@bsg-law.com
COUNSEL FOR DEFENDANT

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2021, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following CM/ECF participant and further certify that a copy was emailed to:

Benjamin E. Alberty
Keith E. Ekstrom
Bremseth Law Firm
601 Carlson Parkway, Suite 995
Minnetonka, MN  55305
balberty@bremseth.com
*Counsel for Plaintiffs*

Aaron D. Smith
J.A. Sowell
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY  42102-00770
asmith@elpolaw.com
*Counsel for Commonwealth Health Corporation*

*/s/ Rod D. Payne*
COUNSEL FOR DEFENDANT

5