# EXHIBIT

# D

Case 1:20-cv-00166-DJH-HBB     Document 39-4     Filed 08/30/21     Page 1 of 89 PageID #: 251

## CURRICULUM VITAE

### William Spafford Smock, M.S., M.D.

**Date Prepared:**        August 2021

**Address:**        Office of the Police Surgeon
Louisville Metro Police Department
633 West Jefferson Street
Louisville, KY  40202
502-574-7080 – office
502-574-7415 – FAX

The Institute of Clinical Forensic Medicine and Nursing
4157 Gap Hollow Road
New Albany, IN  47150
812-949-4994 - office

**Place of Birth:**        Louisville, Kentucky

## Academic and Professional Appointments:

Medical Director, Alliance for Hope International/Training Institute on Strangulation Prevention, San Diego, California                                    2019 – to date

Medical Director, Jeffersontown Fire and Emergency Medical Services, Jeffersontown, Kentucky.                                    2017 – to date

Chair, Medical Advisory Committee, Training Institute on Strangulation Prevention, San Diego, California                                    2014 - to date

National Advisory Team, Training Institute on Strangulation Prevention, San Diego, California                                    2014 - to date

Medical Director, Forensic Services Program, Norton Healthcare, Louisville, Kentucky                                    2014 - 2017

Clinical Professor, EMS Division, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky                                    2014 – to date

Medical Director, WaterStep, Louisville, Kentucky                                    2012 - to date

Clinical Professor, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky                                    2011 - to date

Adjunct Professor, University of Louisville School of Nursing, Louisville, Kentucky                                    2010 - 2011

Police Surgeon, St. Matthews Police Department, St. Matthews, Kentucky                                    2010 - to date

1

Fire Surgeon, Jeffersontown Fire Protection District, Jeffersontown, Kentucky    2008 - to date

Police Surgeon, Jeffersontown Police Department, Jeffersontown, Kentucky    2008 - to date

Division Chief, Division of Protective Medicine, Department of Emergency Medicine, University of Louisville, Kentucky    2006 - 2010

Medical Director, Paoli Peaks Ski Patrol, Paoli, Indiana    2005 - 2014

Professor, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky    2005 - 2011

Tactical Physician, Fugitive Task Force, United States Marshal Service, Western District of Kentucky    2004 - 2012

Medical Advisor, Louisville Division, Federal Bureau of Investigation    2003 - 2013

Associate of Pathology and Laboratory Medicine, University of Louisville School of Medicine    2003 - 2011

Medical Director, University of Louisville Hospital Sexual Assault Nurse Examiner Program    2002 – 2009

Instructor, Louisville Metro Police Academy, Louisville, Kentucky    2002 - to date

Associate Professor, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky    1999 - 2005

Consultant/Reviewer, Kentucky Board of Medical Licensure, Louisville, Kentucky    1999 - 2006

Research Assistant Professor of Military/Emergency Medicine, Uniformed Services University of the Health Sciences, Bethesda, Maryland    1998 - 2007

Forensic Consultant, Office of the Chief Medical Examiner, Kentucky Medical Examiner's Office, Louisville, Kentucky    1997 - to date

Tactical Physician and Detective, Floyd County Sheriff's Department, New Albany, Indiana    1996 - to date

Director, Tactical Medicine Program, Department of Emergency Medicine, University of Louisville School of Medicine    1994 - 2011

Research Director, Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky    1995 - 1997

2

Assistant Professor, Department of Emergency Medicine, University of Louisville, University of
Louisville School of Medicine, Louisville, Kentucky                                1994 - 1999

Staff physician, Kosair Children's and Norton Hospitals, Louisville, Kentucky    1994 - 2010

Director, Clinical Forensic Medicine Training Program, Department of Emergency Medicine,
University of Louisville School of Medicine                                       1993 - 2011

Tactical Physician and Police Surgeon, Louisville Metro Police Department, Louisville, Kentucky
                                                                                  1993 - to date

Assistant Medical Examiner, Office of the Chief Medical Examiner, Kentucky Medical Examiner's
Office, Louisville, Kentucky                                                      1991 - 1997

Staff emergency department physician, Tri-County Baptist Hospital, Lagrange, Kentucky
                                                                                  1992 - 2001

**Education:**
Centre College, Danville, Kentucky, B.S.                                          1977 - 1981

University of Louisville School of Medicine Department of Anatomy, M.S.           1983 -1987

University of Louisville School of Medicine, M.D.                                 1986 -1990

**Internship:**
Department of Emergency Medicine, University of Louisville Affiliated Hospitals
Louisville, Kentucky                                                              1990 - 1991

**Residency:**
Emergency Medicine, Department of Emergency Medicine, University of Louisville
Hospital, Louisville, Kentucky                                                    1991 - 1993

**Fellowship:**
Clinical Forensic Medicine, Department of Emergency Medicine and the Kentucky
Medical Examiner's Office/Division of Forensic Pathology, Department of Pathology,
University of Louisville School of Medicine, Louisville, Kentucky                 1993 - 1994

**Clinical Forensic Medicine Fellows Trained:**
John Simic, M.D., University of California at Los Angles,                         1996 - 1997
Clare McCarthy, M.D., Georgetown University,                                      1998 - 1999
Mary Ryan, M.D., University College of Dublin, Ireland,                           1999 - 2000

**Medical Students/Interns Trained:**
Sarah Wessel, University of Louisville School of Medicine                         2019 – to date
MaKayla Campbell, University of Louisville School of Medicine                     2019 – to date
Shelby Easley, University of Kentucky School of Medicine                          2019 – to date
Mackenzie Carroll, University of Louisville School of Medicine                    2020 – to date

3

**Licensure and Certification:**

| | |
|---|---|
| Private Pilot (4/77), Instrument Rating (12/14), Remote Pilot (11/17), Federal Aviation Administration | 1977 - to date |
| Physician, Commonwealth of Kentucky, Number 28065, Exp. 3/1/22 | 1991 - to date |
| Drug Enforcement Administration, Practitioner, Exp. 2/29/24 | 1991 - to date |
| Physician, State of Indiana, Number 01059358A, Exp. 10/31/21 | 2004 - to date |
| Diplomate, American Board of Emergency Medicine, Certification # 930263 | 1994 - 2004 |
| | 2004 - 2014 |
| Advanced Cardiac Life Support, American Heart Association. | 1991 - 2012 |
| | 2017 - 2023 |
| Pediatric Advanced Life Support, American Heart Association. | 1991 - 2012 |
| | 2017 - 2023 |
| Advanced Trauma Life Support, American College of Surgeons. | 1989 - 2012 |
| | 2018 - 2022 |
| National Ski Patrol, Alpine Patroller | 2009 - 2016 |
| Private Pilot, Kenya Civil Aviation Authority | 2012 - 2014 |

**Fellow Status:**

| | |
|---|---|
| Academy of Forensic Nursing | 2018 - to date |
| American Academy of Emergency Medicine | 1994 - 2014 |
| American College of Emergency Physicians | 1996 - 2014 |

**Professional Societies**:

| | |
|---|---|
| Alpha Omega Alpha Honor Society | 2006 - to date |
| American Academy of Emergency Medicine-Emeritus | 1993 - to date |
| American Academy of Forensic Sciences | 1990 - to date |
| American Academy of Thermology | 2019 - 2021 |
| American College of Emergency Physicians | 1990 - to date |
| American Medical Association | 1990 - 2011 |
| Association for the Advancement of Automotive Medicine | 1983 - to date |
| Greater Louisville Medical Society | 1990 - to date |
| International Association of Chiefs of Police | 2011 - to date |
| Kentucky Medical Association | 1990 - to date |
| National Commission on Correctional Health Care | 2016 – to date |
| National Ski Patrol, 222776 | 2005 - 2016 |
| National Tactical Officers Association | 1997 - 2016 |
| Society for Academic Emergency Medicine | 1990 - 2010 |
| Society of Automotive Engineers | 1998 - to date |

**Founding Memberships:**

| | |
|---|---|
| American Academy of Emergency Medicine | 1993 |
| Academy of Forensic Nursing | 2018 |

**Editorial Boards:**

| | |
|---|---|
| Editorial Advisory Board, International Tactical EMS Association, Farmington, Michigan. | 1998 - 2006 |

4

International Editorial Board, Journal of Clinical
Forensic Medicine, London, England.                                    1993 - 2003

**Advisory Boards, Councils and Committees:**

Northern Kentucky Violence Prevention Taskforce                        2020 – to date

Academy of Forensic Nursing, Board of Directors                        2018 - to date

Strangulation Task Force, International Association of Forensic Nurses  2015 - 2016

Training Institute on Strangulation Prevention, Chair, Medical Advisory
Committee                                                              2014 - to date

Supplies Over Seas, Board of Directors, Louisville, Kentucky           2012 - 2019

International Advisory Board, Indian Association of Medicolegal Experts,
2nd International Conference on Recent Advances in Forensic Sciences,
Forensic Medicine & Toxicology, Gao, India                             February 2011

Forensic Nursing Certification Board, International Association of Forensic
Nursing                                                                2010 - 2012

Kentucky Tactical Officers Association, TEMS Chair, Board of Directors  2008 - 2010

Centers for Disease Control and Prevention, Public Health/Law
Enforcement Emergency Preparedness Workgroup                           2007 - 2008

New Albany, IN Township Fire Protection District, Board of Trustees     2007 - to date

Supporting Heroes, Board of Directors, Louisville, Kentucky            2006 - 2014

Sexual Assault Response Team Advisory Committee, Cabinet for Health and Family
Services, Frankfort, Kentucky                                          2005- 2012

Transportation Research Board, NCHRP Project Panel SP20-59(22), Washington, D.C.
                                                                       2005 - 2009

Governor's Exercise Task Force, Kentucky Office of Homeland Security    2005 - 2006

Louisville/Jefferson County Metro Government Citizens Corps Council     2003 - 2011

Domestic Violence Prevention Coordinating Council, Louisville Metro Government
                                                                       2003 - 2019

Kentucky Statewide Bioterrorism Advisory Committee                     2003 - 2008

Executive Committee, Joint Terrorism Task Force, Louisville Division F.B.I.
                                                                       2003 - 2010

5

Mayors Sexual Assault Task Force, Co-Chair, Office of the Mayor, Louisville, Kentucky
2001 - 2010

Kentucky Injury Prevention and Research Center, Lexington, Kentucky    2001 - 2004

Gun Violence Task Force, Office of the Mayor, Louisville, Kentucky    1999 - 2001

Louisville and Jefferson County Crisis Group, and Chair of Medical
Subcommittee, Louisville office of the Federal Bureau of Investigation and Louisville Metro
Government    1998 - 2011

Rural/Metro Ambulance Service Paramedic Course, Alternate Medical Director
1998 - 2001

Domestic Violence Mortality Review Board, Louisville Metro Government
1997 - 2019
American Medical Association, National Advisory Council on Family Violence
1996 - 2001

Kentucky Medical Association    1990 - to date
    -Domestic Violence Sub-Committee    1996 - 2018

American College of Emergency Physicians    1993 - to date
    Kentucky Chapter:
    -Councilor    1993 - 1995
    -Vice President    1994 - 1996
    -Alternate Councilor    1995 - 1997
    -President    1996 - 1998
    -Chair, Safety/Transportation Committee    1999 - 2004

Greater Louisville Medical Society:    1990 - to date
    -Mini-internship Committee    1992 - 2002
    -EMS/Public Safety/Disaster Preparedness Committee    1997 - 2005
      -Chair    2008 - 2011

Advisory Board, Child Advocacy Center, Louisville, Kentucky    1990 - 1995

Jefferson County, KY Seat Belt Coalition    1990 - 1992

Kosair Children's Hospital, Trauma Service Committee    1990 - 2002

Mothers Against Drunk Driving, Louisville Chapter:  Board of Advisors    1987 - 1992

University of Louisville Hospital:
    -Safety Committee    1994 - 2007
    -Trauma QA Committee    1995 - 2006
    -Life-Safety Sub-Committee    1997 - 2006

|  |  |
|---|---|
| -Disaster Preparedness Task Force | 2002 - 2009 |

University of Louisville School of Medicine:

|  |  |
|---|---|
| -Faculty Forum | 1995 - 2001 |
| -Secretary | 1999 - 2000 |
| -Co-Chair | 2000 - 2001 |
| -Academic Grievance Committee | 1997 - 1999 |
| -Chair | 1997 - 1999 |
| -GEMS Admission's Committee | 2004 - to date |

## Textbook Editor:

Manual Nonfatal Strangulation Assessment, 2nd Edition, Forensic Learning Series, STM Learning, Inc., 2020

Up to Date:  2007 - 2012:  http://www.UptoDate.com:  Radiation Emergencies Section Editor

Forensic Emergency Medicine, Eds. Olshaker, Jackson, and **Smock**, Lippincott, Williams & Wilkins, 2nd Edition, 2006

Forensic Medicine:  Clinical and Pathological Aspects.  Eds.  Payne-James, Busuttil and **Smock,** Greenwich Medical Media, Ltd.  London, 2003

Forensic Emergency Medicine, Eds. Olshaker, Jackson, and **Smock**, Lippincott, Williams & Wilkins, 2000

## Textbook Reviewer:

Tactical Medicine Essentials, American College of Emergency Physicians, Jones and Bartlett, 2010

The Textbook of Tactical Medicine, Simon and Schuster, 1998

## Journal/Protocol Reviewer:

| | |
|---|---|
| Secure Digital Forensic Imaging, Adult Non-Fatal Strangulation Photo Documentation Protocol 2018 | 2018 |
| Secure Digital Forensic Imaging, Pediatric Non-Fatal Strangulation Protocol 2017 | 2017 |
| Secure Digital Forensic Imaging, Adult Non-Fatal Strangulation Photo Documentation Protocol 2016 | 2016 |
| Society of Academic Emergency Medicine | 2015 |

## Honors and Awards:

| | |
|---|---|
| Law Enforcement Award, Indiana Prosecuting Attorney's Council, Indianapolis, Indiana | December 2019 |
| Distinguished Fellow, Academy of Forensic Nursing, St. Louis, Missouri | August 2018 |
| Distinguished Alumni Award, Centre College, Danville, Kentucky | October 2017 |

7

"Top Doc" Emergency Medicine, Louisville Magazine, Louisville, Kentucky    August 2015

Benefactor Award, Kentucky Women Law Enforcement Network, Bowling Green, Kentucky    November 2013

"Top Doc" Emergency Medicine, Louisville Magazine, Louisville, Kentucky    August 2011

Service Recognition Award, National Ski Patrol and Paoli Peaks Ski Patrol, Paoli, Indiana    November 2010

Achievement Award, International Association of Forensic Nurses, 18th Scientific Assembly, Pittsburgh, Pennsylvania    October 2010

"Top Doc" Emergency Medicine, Louisville Magazine, Louisville, Kentucky    July 2009

Meritorious Service Award, Floyd County Sheriff's Office, New Albany, Indiana    March 2009

Hero's Supporting Hero's Award, Supporting Hero's Foundation, Louisville, Kentucky    March 2009

"2008 Nolen C. Allen Man of Distinction Award", Center for Women and Families, Louisville, Kentucky    September 2008

Meritorious Unit Citation, SWAT, Louisville Metro Police Department. Louisville, Kentucky    April 2008

Outstanding Service Award, New Albany Police Department, New Albany, Indiana    April 2008

"Top Doc" Emergency Medicine, Louisville Magazine, Louisville, Kentucky    July 2007

Outstand Faculty Award, CONTOMS EMT-Tactical Program, Bureau of Protective Medicine, Federal Protective Service, Department of Homeland Security, Washington, D.C.    April 2007

Distinguished Community Service Award, Louisville Metro Police Department. Louisville, Kentucky    March 2007

Sexual Assault Awareness Month Award (SAAMy), Kentucky Association of Sexual Assault Programs, Commonwealth of Kentucky. Lexington, Kentucky    February 2007

Alpha Omega Alpha, Louisville Chapter, University of Louisville School of Medicine. Louisville, Kentucky    May 2006

Honorable Order of Kentucky Colonels, Frankfort, Kentucky    May 2005

The Minty Prize of the Medico-Legal Society, Forensic Medicine: Clinical and Pathological Aspects. The Society of Authors and The Royal Society Book Awards, London, England    2003

President's Award for Distinguished Service, University of Louisville, Louisville, Kentucky
April 2003

Dedication Award, Kentucky State Police Traffic Reconstruction Seminar          October 2002

Exceptional Merit Citation, Louisville Division of Police. Louisville, Kentucky     March 2002

Meritorious Unit Citation, SWAT, Louisville Division of Police. Louisville, Kentucky
March 2001

Colonel Aide De Camp, Commissioner's Staff, Kentucky State Police, Frankfort, Kentucky.
November 1997

Vision Award, The International Association of Forensic Nurses, Third Annual Scientific Assembly of Forensic Nursing, Louisville, Kentucky                    October 1995

Second place award, "Practical Applications of Clinical Forensic Medicine in the Emergency Department", Physicians'-In-Training Competition, Southern Medical Association, New Orleans, Louisiana                                    October 1993

Second place award, "The Forensic Evaluation of Gunshot Wounds in the Emergency Department", section on Emergency Medicine, Physicians'-In-Training Competition, Southern Medical Association, San Antonio, Texas                    October 1992

Second place award, Clinical Pathology Conference, Society for Academic Emergency Medicine, Toronto, Canada                                    May 1992

Honors Surgery Program, Department of Surgery, University of Louisville School of Medicine, Louisville, Kentucky                                    June 1989

First prize, student research paper, "The Forensic Pathologist and the Determination of Driver versus Passenger in Motor Vehicle Collisions", Department of Pathology, University of Louisville School of Medicine, Louisville, Kentucky                    May 1988

Leslie Randolph Boyd Civic Service Award. Centre College, Danville, Kentucky  May 1980

**Continuing Education:**
International Homicide Investigator's Association Symposium 2021, IHIA, FBI and Metropolitan Police Department, Washington, D.C.                    August 2021

The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient, Louisiana State University School of Medicine, Department of Emergency Medicine, New Orleans, Louisiana
December 2020

Clinical Considerations of Substance Abuse and Critical Components of Proper Prescribing, Kentucky Medical Association                    August 2020

Pediatric Abusive Head Trauma, Kentucky Medical Association          August 2020

9

| | |
|---|---|
| Domestic Violence, Kentucky Medical Association | August 2020 |
| American Academy of Thermology | September 2019 |
| Case Western Reserve University, Cleveland, Ohio | July 2019 |
| International Family Justice Center Conference, San Diego, California | March 2019 |
| Bloodstain Pattern Analysis, Bevel, Gardner & Associates, Florence, South Carolina Police Department, Florence, South Carolina | February 2019 |
| Advanced Cardiac Life Support, American Heart Association | January 2019 |
| Pediatric Advanced Life Support, American Heart Association | January 2019 |
| International Family Justice Center Conference, San Diego, California | April 2018 |
| Strangulation Prevention and Intervention Course, Clinical Forensic Medicine Service, Canberra Hospital, Canberra, Australia | March 2018 |
| Advanced Trauma Life Support, American College of Surgeons | February 2018 |
| Force Science Institute Certification Course, Orlando, Florida | December 2017 |
| 2017 Kentucky Statewide Trauma and Emergency Medicine Symposium | October 2017 |
| Advanced Cardiac Life Support, American Heart Association | June 2017 |
| Pediatric Advanced Life Support, American Heart Association | June 2017 |
| Family Justice Center Conference, Milwaukee, Wisconsin | April 2017 |
| Grand Rounds, TriStar Centennial Medical Center, Nashville, Tennessee | March 2017 |
| 8th Annual Southwest Trauma and Acute Care Symposium, Arizona Trauma Association, Scottsdale, Arizona | November 2016 |
| National Conference on Correctional Health Care, Las Vegas, Nevada | October 2016 |
| International Association of Chiefs of Police, San Diego, California | October 2016 |
| Royal College of Pathologists of Australasia, Sydney, Australia | September 2016 |
| 2016 FAMSACA Symposium, Sydney, Australia | September 2016 |
| 24th Annual Scientific Assembly, International Association of Forensic Nurses, Denver, Colorado | September 2016 |

10

Annual Delaware Trauma Symposium 2016, Wilmington, Delaware         May 2016

2016 Child Abuse Summit, Driscoll Children's Hospital, Corpus Christi, Texas     April 2016

11th Annual Conference on Crimes Against Women, Dallas, Texas         April 2016

International Conference on Sexual Assault, Domestic Violence, and Engaging Men & Boys, End Violence Against Women International, Washington, DC         March 2016

What Paramedics Need to Know About Strangulation, Training Institute on Strangulation Prevention, San Diego, California         November 2015

23rd Annual Scientific Assembly, International Association of Forensic Nurses, Orlando, Florida         October 2015

International Association of Chiefs of Police, Chicago, Illinois         October 2015

"Reconstruction and Analysis of Rollover Crashes of Light Vehicles": Society of Automotive Engineers, Detroit, Michigan         April 2015

Advanced Roadside Impaired Driving Enforcement (A.R.I.D.E), National Highway Traffic Safety Administration, Kentucky Law Enforcement Training Council         February 2015

22st Annual Scientific Assembly, International Association of Forensic Nurses, Phoenix, Arizona         October 2014

7th Annual Forensic Investigations Conference, Kansas City, Kansas         May 2014

Conference on Crimes Against Women, Dallas, Texas         April 2014

2nd Navajo Area Sexual Assault Response Team Training Conference, Navajo Nation Museum, Window Rock, Arizona         March 2014

Shooting Reconstruction Course, San Diego Police Department Range, San Diego, California         February 2014

10th Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas         November 2013

21st Annual Scientific Assembly, International Association of Forensic Nurses, Anaheim, California         October 2013

Second International Workshop in Clinical Forensic Medicine, University of Montpellier, Montpellier, France         May 2013

6th Annual Forensic Investigations:  Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri

11

May 2013

Tropical Medicine Expeditions for Healthcare Professionals in East Africa, Uganda February 2013

Global Missions Health Conference, Louisville, Kentucky                    November 2012

20th Annual Scientific Assembly, International Association of Forensic Nurses, Puerto Rico
October 2012

National Strangulation Training Institute, Train the Trainer Strangulation Course, San Diego,
California                                                             August 2012

National Strangulation Training Institute, Developing your Strangulation Expert Course, San Diego,
California                                                             August 2012

Annual Trauma Conference, Southwest Texas Regional Advisory Council for Trauma, South Padre
Island, Texas                                                          March 2012

Injuries, Anatomy, Biomechanics and Federal Regulations, Society of Automotive Engineers,
Norwalk, California                                                    January 2012

19th Annual Scientific Assembly, International Association of Forensic Nurses, Montreal, Canada
October 2011

International Association of Chiefs of Police, Chicago, Illinois            October 2011

Justice Rapid Response Certification Training, Institute for International Criminal Investigations,
Madeira, Portugal                                                     September 2011

19th World Meeting of International Association of Forensic Sciences, World Police Medical Officers
and Mediterranean Academy of Forensic Sciences, Madeira, Portugal       September 2011

New England Seminar in Forensic Sciences, Colby College, Waterville, Maine    August 2011

American Academy of Emergency Medicine, Orlando, Florida                 March 2011

Kentucky Tactical Officer's Association, Frankfort, Kentucky             November 2010

18th Annual Scientific Assembly, International Association of Forensic Nurses, Pittsburgh,
Pennsylvania                                                           October 2010

European Science Foundation, Conference on Violations of Human Rights and Humanitarian Law,
Linkoping, Sweden                                                      May 2010

American Academy of Forensic Sciences, Seattle, Washington               February 2010

Robert F. Borkenstein Course on Drugs and Highway Safety:  Testing, Research and Litigation,
Indiana University, Bloomington, Indiana                                April 2009

12

American Academy of Forensic Sciences, Denver, Colorado                    February 2009

Robert F. Borkenstein Course on Alcohol and Highway Safety:  Testing, Research and Litigation, Indiana University, Bloomington, Indiana                    May 2008

American College of Emergency Physicians 2007 Scientific Assembly, Seattle, Washington
September 2007

Tactical Operations in the Hazardous Environment, National Tactical Officer's Association Annual Conference, Los Angeles, California                    September 2006

WMD Tactical Commander Course, Performance Level, National Center for Biomedical Research & Training Academy of Counter-Terrorist Education Course, Louisiana State University
February 2006

27th International Disaster Management Conference, Florida Chapter, American College of Emergency Physicians, Orlando, Florida                    February 2006

Methamphetamine Investigation Management Workshop, Department of Justice Training, Louisville, Kentucky                    January 2006

2nd Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas                    November 2005

Advanced Tactical Operations, National Center for Biomedical Research and Training, Louisiana State University, Louisville, Kentucky                    September 2006

Roles of Health Professionals in the Early Response to Terrorism:  Biological, Chemical and Radiation Hazards, Louisville, Kentucky                    September 2005

International Tactical Emergency Medicine Conference, San Diego, California    September 2005

Hazardous Materials Technician, Medical Assistance and Tactical Team, Louisville, Kentucky
January 2005

2004 Kentucky-Indiana Judicial Colloquium on Homeland Security and Emergency Health Powers, Kentucky Court of Justice and The Center for Public Health Law Partnerships, University of Louisville, Louisville, Kentucky                    December 2004

1st Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas                    November 2004

Weapons of Mass Destruction Tactical Operations Course, Louisiana State University, Louisville, Kentucky                    October 2004

Ohio Chapter, ACEP, Emergency Medicine Review Course, Columbus, Ohio      September 2004

13

8th International Conference on Tactical Emergency Medical support, Washington, D.C., June 2004

Emergency Health Powers Task Force, University of Louisville Department of Emergency Medicine, Louisville, Kentucky                                                                    March 2004

Tactical EMS 2003 Conference and Exposition, Dallas, Texas                    October 2003

30th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine
                                                                                              August 2003

Tactical Operations in the Hazardous Environment, National Tactical Officer's Association Annual Conference, Houston, Texas                                                    September 2002

Medical Planning and Care in Radiation Accidents, REAC/TS, Oak Ridge, Tennessee
                                                                                              September 2002

29th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine
                                                                                              August 2002

6th International Conference on Tactical Emergency Medical Support, Las Vegas, Nevada
                                                                                              June 2002

First National Conference on Medical Care and Domestic Violence, University of Texas, Southwestern, Dallas, Texas                                                          April 2002

Handling of Radiation Accidents by Emergency Personnel, REAC/TS, Oak Ridge, Tennessee
                                                                                              April 2002

Child Physical and Sexual Abuse:  Making Forensic Medicine Work for Children. Louisville, Kentucky                                                                              May 2001

American College of Emergency Physicians 2000 Scientific Assembly, Philadelphia, Pennsylvania
                                                                                              October 2000

National Tactical Officer's Association Annual Conference, Tucson, Arizona        September 2000.

Hawaiian Islands Trauma Symposium, Honolulu, Hawaii                              July 2000

Special Operations Medical Association, Tampa, Florida                          December 1999

American College of Emergency Physicians 1999 Scientific Assembly, Las Vegas, Nevada
                                                                                              October 1999

National Tactical Officers Association, Norfolk, Virginia                        September 1999

U.S. Army Medical Command, Incident Command, Louisville, Kentucky              June 1999

14

U.S. Army Medical Command, Domestic Preparedness Training for Hospital Providers, Louisville, Kentucky                                                                                      June 1999

3rd International Tactical Emergency Medicine Conference, Bethesda, Maryland    June 1999

Ultrasound for General Surgeons, University of Louisville Department of Surgery, Louisville, Kentucky                                                                                          June 1999

American College of Emergency Physicians 1998 Scientific Assembly, San Diego, California
                                                                                                                                    October 1998

Decontamination Training and Hazardous Materials Operations Class, University of Louisville Hospital                                                                                           August 1998

Fifth Annual Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky                                                                        May 1998

American College of Emergency Physicians 1997 Scientific Assembly, San Francisco, California
                                                                                                                                    October 1997

National Tactical Officers Association, Tucson, Arizona                            September 1997

XVII International Conference on Legal Medicine, Dublin, Ireland                   August 1997

Fourth Annual Postgraduate Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky                                                          June 1997

First International Conference on Tactical Emergency Medicine, Department of Military and Emergency Medicine, Uniformed Services University, Bethesda, Maryland         June 1997

Society for Academic Emergency Medicine, 1997 Annual Meeting, Washington, D.C. May 1997

6th International Conference on Emergency Medicine, Sydney, Australia              November 1996

American College of Emergency Physicians 1996 Scientific Assembly, New Orleans, Louisiana
                                                                                                                                    September 1996

Third Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky
                                                                                                                                    May/June 1996

Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences and the Department of Defense, Louisville, Kentucky
                                                                                                                                    May 1996

American College of Emergency Physicians, 1995 Scientific Assembly, Washington, D.C.
                                                                                                                                    September 1995

The Association of Australasian and Pacific Area Police Medical Officers, Darwin, Australia

15

August 1995

Society for Academic Emergency Medicine,1995 Annual Meeting, San Antonio, Texas May 1995

Second Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky
May 1995

Current Issues and Trends in the Emergency Department, Louisville, Kentucky    February 1995

American Academy of Forensic Sciences, Seattle, Washington    February 1995

American College of Emergency Physicians, 1994 Scientific Assembly, Orlando, Florida
September 1994

First Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky May 1994
.
Violent Crimes Symposium, Federal Bureau of Investigation, Louisville, Kentucky December 1993

Southern Medical Association, 87th Scientific Assembly, New Orleans, Louisiana October 1993

13th Meeting of the International Association of Forensic Sciences, Dusseldorf, Germany
August 1993

Third International Conference of the World Police Medical Officers, Harrogate, North Yorkshire,
England    September 1993

Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services
University of the Health Sciences and the Department of Defense, Louisville, Kentucky May 1993

Society for Academic Emergency Medicine, 1993 Annual Meeting, San Francisco, California
May 1993

American Academy of Forensic Sciences, Boston, Massachusetts    February 1993

Southern Medical Association, 86th Scientific Assembly, San Antonio, Texas    November 1992

Association for the Advancement of Automotive Medicine, 36th Conference, Portland, Oregon
October 1992

American College of Emergency Physicians, 1992 Scientific Assembly, Seattle, Washington
September 1992

Society for Academic Emergency Medicine, 1992 Annual Meeting, Toronto, Canada May 1992

American Academy of Forensic Sciences, New Orleans, Louisiana    February 1992

American College of Emergency Physicians, 1991 Scientific Assembly, Boston, Massachusetts
October 1991

16

Second National Conference on Death and Injury Investigation, Western Conference on Criminal and Civil Problems, Wichita, Kansas                                                    December 1990

National Conference on Clinical Forensic Medicine, Illinois Chapter of the American College of Emergency Physicians, Chicago, Illinois                                                    May 1990

Special Issues in Child Abuse and Neglect, American Academy of Forensic Sciences, Cincinnati, Ohio                                                    February 1990

Seat Belt Performance, Evaluation, Failures and Injuries, American Academy of Forensic Sciences, Cincinnati, Ohio                                                    February 1990

Alcohol, Drugs and Traffic Safety, 11th International Conference, National Safety Council, Chicago, Illinois                                                    October 1989

Forensic Medicine Unit, Department of Pathology, University of Edinburgh School of Medicine, Edinburgh, Scotland                                                    September 1989

Thirty Second Stapp Car Crash Conference, Society of Automotive Engineers, Atlanta, Georgia                                                    October 1988

The Anatomy and Biomechanics of Trauma, Department of Anatomy, University of Louisville School of Medicine, Louisville, Kentucky                                                    May 1988

The Investigation of Child Restraint and Seat Belt Injuries, Institute of Police Technology and Management, University of North Florida, Jacksonville, Florida                                                    August 1987

Twenty Eighth Stapp Car Crash Conference, Society of Automotive Engineers, Chicago, Illinois                                                    November 1984

Advance Accident Investigation, Kentucky Bureau of Training, Louisville, Kentucky August 1984

Anatomy of Trauma, Tutorial with George R. Nichols, II, M.D., Chief Medical Examiner of the Commonwealth of Kentucky, Louisville, Kentucky                                                    1984

Vehicular Homicide-D.W.I. Conference, Northwestern University, Chicago, Illinois July 1984

**Peer Reviewed Publications:**
Miller KR, Bennis MV, Bozeman MC, Franklin GA, Harbrecht BG, Nash NA, Smith JW, **Smock WS**, Richardson JD "Operative Management of Thoracic Gunshot Wounds: More Aggressive Treatment Has Been Required over Time ", Am Surg,  2019 Nov 1:85(11): 1205-1208.

Eid, R. D Sharma and **W Smock:**  Podoconiosis in Rural Tanzania, American Journal of Tropical Medicine & Hygiene, 2016; 95(1): p.1.

17

C Bailey, **WS Smock**, AM Melendez, RS El-Mallakh: Conducted Energy Devise (TASER) Usage in Subjects with Mental Illness, The Journal of the American Academy of Psychiatry and the Law, 2016; 44(2): p.213-217.

Nauang P., A. Paladugu, S.R. Manda, **W. Smock**, C. Gosney and S Lippmann: "Do Guns Provide Safety? At What Cost?", Southern Medical Journal, Vol. 103, Number 2, pp 151-3, February 2010.

Berger, N. J. Stearman, S.J. Vicario, **W. Smock**: Computed Tomographic Angiography in the Emergency Evaluation of Upper Extremity Gunshot Wounds, Annals of Emergency Medicine, 51(4):491-492, April 2008.

Perry M.U., R. Collins-Willard and **W.S. Smock**: Responding to Sexual Violence: Critical Issues for Healthcare Providers, Journal of the Kentucky Medical Association, Vol. 103, pp. 436-441, September 2005.

El-Mallakh, R.S., G. Wulfman, **W.S. Smock**, E. Blaser: Implementation of a Crisis Intervention Program for Police: Response to Mental Health Emergencies in Louisville, Journal of the Kentucky Medical Association, Vol. 101, pp. 241-243, June 2003.

Handy, T.C., G.R. Nichols and **W.S. Smock**: Repeat Visitors to a Pediatric Forensic Medicine Program. Journal of Forensic Sciences, Vol. 41, No. 5, pp. 841-844, 1996.

**Smock, W.S**. and G.R. Nichols: Airbag Module Cover Injuries. Journal of Trauma: Injury, Infection, and Critical Care, Vol. 38, No. 4, pp.489-493, 1995.

**Smock, W.S.**: Development of a clinical forensic medicine curriculum for emergency physicians in the USA. Journal of Clinical Forensic Medicine, Volume 1, Number 1, July 1994, pp.27-30.

**Smock, W.S.**, G.R. Nichols, and P.M. Fuller: Development and Implementation of the First Clinical Forensic Medicine Training Program. Journal of Forensic Sciences, JFSCA, Vol.38, No. 4, July 1993, pp. 835-839.

Busuttil, A., **W.S. Smock**: Training in Clinical Forensic Medicine in Kentucky. Police Surgeon, Volume 26, February 1990.

**Smock, W.S**., G.R. Nichols, P.M. Fuller and B. Weakley-Jones: The Forensic Pathologist and the Determination of Driver Versus Passenger in Motor Vehicle Collisions. The American Journal of Forensic Medicine and Pathology, Vol.10, No.2, pp. 105-114, 1989.

Heulke, D.F., **W.S. Smock**, P.M. Fuller, and G.R. Nichols: A review of Basilar Skull Fractures Emphasizing Facial Impact Causes-Cases Histories and a Review of the Literature: 32nd Stapp Car Crash Conference, Atlanta, Georgia, SAE paper #881711.

**Additional Publications and Letters:**
Strack, DB, C Gwinn, **W Smock**, W Green, R Riviello, M Weaver and H Rossi: "Dear Doctor: Radiographic Imaging of Non-Fatal Strangulation, Training Institute on Strangulation Prevention, www.strangulationtraininginstitute.com, November 2017.

**Smock, W** and S Sturgeon: Recommendations for the Medical/Radiographic Evaluation of Acute, Non-Fatal Strangulation, Training Institute on Strangulation Prevention, www.strangulationtraininginstitute.com, September 2016.

Strack, DB, C Gwinn, D Hawley, W Green, **B Smock**, R Riviello:  Why Didn't Someone Tell Me? Health Consequences of Strangulation Assaults for Survivors, Domestic Violence Report, Vol 19, No. 6, pp. 87-90, August/September 2014.

**Smock, W.S.:**  Pseudoephedrine Scheduling or . . a Date with Methamphetamine?, Louisville Medicine, Vol. 57, No. 12, May 2010.

Johal, R, S. Lippmann, **W.S. Smock**, C. Gosney:  Guns:  Dangerous, Especially for Suicide, and Costly for America, Psychiatry, Vol. 7. No. 2, February 2010.

Paladugu, A, **W. Smock**, R. Srivastava, P. Narang, C. Gosney, and S. Lippmann:  Are Kentuckians Shooting Themselves for Self-Protection?, The Kentucky Psychiatrist, Vol. 19, No. 2, December 2009.

**Smock, W.S.**, M. Fallat and G. Franklin:  The Louisville Extreme Park:  An opportunity for political and medical partnership, Louisville Medicine, Vol. 50, No. 3, August 2002.

Iden, S.W. and **W.S. Smock**:  After the Smoke Clears:  Understanding GSW forensics & the importance of evidence preservation, Journal of Emergency Medical Services, Vol. 27, No.  5, May 2002.

**Smock, W.S.**:  Clinical Forensic Medicine, Louisville Medicine, Vol. 44, No. 12, pp. 535-537,  May 1997.

**Smock, W.S.**, C.S. Ross, and F.N. Hamilton: Clinical Forensic Medicine:  How ED physicians can help with the sleuthing.  Emergency Legal Briefings, Vol. 5, No. 1, January 1994.

**<u>Published Abstracts and Posters:</u>**
Sharma, D, R Eid and **WS Smock:** Initiating a Community-Based Intervention against Podoconiosis in the Highlands of Southwestern Tanzania, Research Louisville, October 2015

Haffler, T, C Freeman, **WS Smock** and M Carter: Pterygium in Mufindi, Tanzania. Africa, Research Louisville, October 2015.

Landi, AJ and **WS Smock:** Cutaneous Leishmaniasis (CL):  Raising Awareness of the Psychological Impact of CL in Developing Countries, American Academy of Family Medicine, Denver, Colorado, September 2015.

Sharma, Dhruv, Ryan Eid and **William Smock:**  Podoconiosis – Geochemical Elphantiasis, American College of Physicians Research Symposium (1ˢᵗ place, Clinical Vignette Category), Louisville, Kentucky, September 2014.

Bessler, Jacob and **William Smock:**  Dermal Consequences of Traditional African Medicine:  Don't

call the witch doctor!, Research Louisville, September 2014.

Smith, Erin, Ramakanth Yakkanti, Keith Zoeller, Mary Carter, **Bill Smock:** Treating Burn Victims in an African rural Community, Research Louisville, September 2014.

Sharma, Dhruv, Ryan Eid and **William Smock:** Podoconiosis – Geochemical Elphantiasis, Research Louisville (Finalist), September 2014.

A. Justine Landi, BS and **B Smock:** Cutaneous Leishmaniasis in Kenya, American Academy of Emergency Medicine, New York, New York, February 2014.

Kaitlin E. Shumate, BS and **B Smock:** Leprosy in Kenya, American Academy of Emergency Medicine, New York, New York, February 2014.

Kingery, F, D Duncan, K Kenney, M Maggard, B Schadler, T Mason, C Nickel and **WS Smock:** Evaluation of Common Diagnosis and Healthcare Needs of a Subregion of the Northwest Rift Valley Providence of Kenya, Regional Global Health Conference, Lexington, Kentucky, 2012.

Miles, C and **WS Smock**: "Identification of Self-Inflicted Knife Wounds in the Emergency Department", American Academy of Emergency Medicine, Orlando, Florida. March 2011.

Miles, C and **WS Smock:** "Forensic Evaluation of Self-Inflicted Gunshot Wounds", American Academy of Emergency Medicine, Orlando, Florida. March 2011.

Miles, C and **WS Smock**: "Identification of Self-Inflicted Knife Wounds in the Emergency Department", Research Louisville, University of Louisville, October 2010.

Miles, C and **WS Smock:** "Forensic Evaluation of Self-Inflicted Gunshot Wounds", Research Louisville, University of Louisville, October 2010.

Havens, A ,V Graham and **WS Smock**: "Are Clinicians Rendering Accurate Interpretations of Gunshot Wounds?, Research Louisville, University of Louisville, October 2010.

**Smock, WS:** "Goodness Gracious Great Balls of Fire": Genital Thermal Injuries From Airbag Exhaust, Proceedings American Academy of Forensic Sciences, pp.313, Seattle, Washington, February 2010.

Fogarty, MA, D Stewart and **WS Smock:** Inadequate Investigation Impedes Determination of the Manner of Death, Proceedings American Academy of Forensic Sciences, pp.191-192, Seattle, Washington, February 2010.

**Smock, WS** and ME Smock: "If I Had a Hammer…": Rare Case of a Hammer Initiated Self-Inflicted Bullet Wound, Proceedings American Academy of Forensic Sciences, pp.197-198, Seattle, Washington, February 2010.

Fogarty, MA and **WS Smock:** Development of a Forensic Nurse Examiner Training Program at a University Trauma Center, Proceedings American Academy of Forensic Sciences, pp.200-201, Seattle, Washington, February 2010.

20

Kehl, P, **WS Smock,** LJ Goldsmith and C Gosney**:** Outside the Comfort Zone: The Effects of Ambient Temperature Extremes on Gunshot Wound Frequencies. American Academy of Emergency Medicine, Las Vegas, Nevada, February 2010.

Kehl, P, **WS Smock,** LJ Goldsmith and C Gosney**:** Outside the Comfort Zone: The Effects of Ambient Temperature Extremes on Gunshot Wound Frequencies. Research Louisville, October 2009.

**Smock, WS,** M Smock and K Noble:  If I Had a Hammer I'd…Rare Case of a Hammer-Induced Self-inflicted Bullet.  Research Louisville, October 2008.

Rowell, J, **WS Smock** and K Noble:  Prior Criminal Records of Victims of Firearm-Related Violence in Jefferson County, Kentucky 2007.  Research Louisville, October 2008.

**Smock, WS** and K Noble:  The Financial Costs and Circumstances of Firearm-Related Domestic Violence.  International Conference on Violence, Abuse and Trauma, San Diego, September 2008.

Jones, J, KC Bickel, D Davidson and **WS Smock**:  "Retrospective Study on Accidental Firearm Related Injuries in an Urban Area. Research Louisville, October 2007

Provenza, F. and **W.S. Smock:**  "Airbag Warning Label Project:  A Call to Arms", 2001 Proceedings Society for Academic Emergency Medicine, 2001.

Partin, R. and **W.S. Smock**:  Airbag Ankle:  A Traumatic Injury from Airbag Module Cover Deployment, Proceeding of the American Academy of Forensic Sciences, 1:231, 2001.

**Smock, WS**, M. Hamm, M. Krista:  Physicians in Tactical Emergency Medicine, 1999 American College of Emergency Physicians Research Forum, Supplement to Annals of Emergency Medicine, 34:4, 1999.

Keeling, B, **W. Smock**, E. McPherson, L. Malmstrom, S. Becht and C. Anderson:  A Multi-Jurisdictional Demographic Examination of Gunshot Wounds, Proceedings Fifth National Handgun Epidemic Lowering Plan Network Conference, 1998.

**Smock, W.S.**:  Serious and Fatal Injuries Caused by Passenger-   Side Airbags in Low Speed Frontal Collisions, Proceedings XVII the   International Conference on Legal Medicine, 1997.

Marlowe, A and **W. Smock**:  The Forensic Evaluation of Gunshot Wounds by Prehospital Personnel, Proceedings of the American Academy of Forensic Sciences,  2:149, 1996.

Porta, D, T. Kress, P. Fuller, **W. Smock** and J. Snider.   Spiral Fracture:  Definition and Determination of Torsional Direction from Radiographs. Proceedings of the American Academy of Forensic   Sciences,  2:146, 1996.

Porta, D, T. Kress, **W. Smock**, J. Snider and P. Fuller:  Humerus Fracture from Bending Versus Torsion. The FASEB Journal, 9(4):2:A1065, 1995.

Handy, T.C., G. Nichols and **W. Smock:** Bouncing Babies-Repeat Visitors to the Pediatric Forensic Medicine Program, Proceedings of the American Academy of Forensic Sciences, 1:136, 1995.

**Smock, W.:** Development of a Clinical Forensic Medicine Curriculum for Emergency Department Physicians in the United States, Proceeding of the 13th International Association of Forensic Sciences, 1:A185, 1993.

**Smock, W.,** G. Nichols and P. Fuller: Airbag Induced Fatal Injuries: A case report, Proceedings of the American Academy of Forensic Sciences, 1:127, 1993.

**Smock, W**., G. Nichols and J Quinn: Clinical Forensic Medicine: "Living" Forensic Aspects of Emergency Medicine, Proceedings of the American Academy of Forensic Sciences, 1:139, 1993.

**Smock, W**. Traumatic Avulsion of the First Digit Secondary to Airbag Deployment. Proceedings Association for the Advancement of Automotive Medicine, 36: 444, 1992.

**Smock, W.** and P. Fuller. The Utilization of Physicians Trained in Clinical Forensic Medicine to Determine Occupant Roles in Motor Vehicle Collisions, Proceedings Association for the Advancement of Automotive Medicine, 36:457, 1992.

**Textbook Editor/Textbook Chapters/Textbook Contributor:**
**Smock, WS** and LB Stack**:** Forensic Medicine, Atlas of Emergency Medicine, Knoop et al, 6th Edition, McGraw Hill, 2020.

Manual Nonfatal Strangulation Assessment, For Health Care Providers and First Responders, 2nd Edition, Faugno D, Sievers V, Shores M, **Smock** B, Speck P, STM Learning, Inc. St. Louis, MO, 2020

**Smock, WS:** Manual Nonfatal Strangulation Assessment for Health Care Providers and First Responders, STM Learning, St. Louis, MO, 2020.

Faugno, D, D Rodriguez-Bowman, V Sievers, T Ingram-Jones, C Baldwin-Johnson and **W Smock**: Non-fatal Strangulation Photo-Documentation Protocol: Supplemental Edition for Pediatric Cases, Secure Digital Forensic Imaging, Boulder City, NV, 2017.

**Smock, WS:** Manual Nonfatal Strangulation Assessment for Health Care Providers and First Responders, STM Learning, St. Louis, MO, 2016.

**Smock, WS** and LB Stack**:** Forensic Medicine, Atlas of Emergency Medicine, Knoop et al, 5th Edition, McGraw Hill, 2016.

Smock, ME and **WS Smock:** Assessment of Wounds and Injuries, A Practical Guide to Forensic Nursing: Incorporating forensic principals into nursing practice, Sigma Theata Tau International Honor Society of Nursing, 2015.

**Smock, WS** and LB Stack**:** Forensic Medicine, Atlas of Emergency Medicine, Knoop et al, 4th Edition, Chapter 19, McGraw Hill, 2013.

**Smock, W.S.**:  Forensic Emergency Medicine, Rosen's Emergency Medicine:  Concepts and Clinical Practice, Marx et al, 8th Edition. Mosby, 2013.

**Smock, WS:**  Injury Patterns and Evidence Preservation, Specialized Tactics for Operational Rescue and Medicine (S.T.O.R.M.) Operator, Chapter 13, University of Georgia Printing, 2011.

Porta, DJ and **WS Smock:**  Physics, Restraints and Fractures, Forensic Nursing Science, Lynch and Duval, 2nd Edition, Chapter 23, Elsevier, 2010.

**Smock, WS** and LB Stack**:**  Forensic Medicine, Atlas of Emergency Medicine, Knoop et al, 3rd Edition, Chapter 19, McGraw Hill, 2009.

**Smock, W.S.**:  Forensic Emergency Medicine, Rosen's Emergency Medicine:  Concepts and Clinical Practice, Marx et al, 7th Edition. Chapter 62, Mosby 2009.

Berger, N, J Jones and **WS Smock:** "Clinical Forensic Medicine" in Emergency Medicine:  The Medical Student Survival Guide, Emergency Medicine Resident's Association, Dallas TX, 2007.

**Smock, WS:**  Forensic Aspects of Motor Vehicle Trauma, Forensic Emergency Medicine, Olshaker, Anderson and **Smock**, 2nd Edition, Lippincott, Williams & Wilkins, 2006.

**Smock, WS:**  Penetrating Trauma, Forensic Emergency Medicine, Olshaker, Anderson and **Smock**, 2nd Edition, Lippincott, Williams & Wilkins, 2006.

**Smock, WS** and P. Besant-Matthews**:**  Forensic Photography, Forensic Emergency Medicine, Olshaker, Anderson and **Smock**, 2nd Edition, Lippincott, Williams & Wilkins, 2006.

**Smock, WS**:  Clinical Forensic Medicine, Rosen's Emergency Medicine:  Concepts and Clinical Practice, 6th Edition. Mosby, 2006.

**Smock, WS:**  The Forensic Evaluation of Gunshot Wounds Associated with a Terrorist Event, Medical Response to Terrorism in:  Medical Response to Terrorism, 1st ed.  Keyes DC, Burstein JL, Schwartz RB, Swienton RE (eds), Lippincott, Williams and Wilkins, Philadelphia, Chapter 36, pp. 358, 2005.

**Smock, WS** and JS Vayer: Introduction to Tactical Emergency Medicine Support, In: Encyclopedia of Forensic and Legal Medicine, Elsevier Academic Press, 1st Edition, Payne-James J, Byard R, Corey ST, Henderson C, (eds) Volume 4, pp 255-262, 2005.

**Smock, WS**:  Road Traffic Accidents, Airbag-related Injuries and Death, In :Encyclopedia of Forensic and Legal Medicine, Elsevier Academic Press, 1st Edition, Payne-James J, Byard R, Corey ST, Henderson C, (eds) Volume 4, pp 1-11, 2005.

**Smock, WS** and CC Smock**:** Airbag-Induced Injuries and Deaths, In: Forensic Nursing, Lynch VA (ed), Elsevier, Mosby, Chapter 15, pp. 140-156, 2005

**Smock, WS:**  Genesis and Development, In: Forensic Nursing, Lynch VA (ed), Elsevier, Mosby, Chapter 2, pp. 13-18, 2005.

**Smock, WS:**  Forensic Medicine and Patterns of Injury, Atlas of Emergency Medicine, Knoop et al, 2nd Edition, McGraw Hill, 2002.

**Smock, W.S.:**  Forensic Medicine, Forensic Emergency Medicine, Olshaker, Anderson and **Smock**, Lippincott, Williams & Wilkins, 2001.

Besant-Matthews, P. and **Smock, W.S.:**  Forensic Photography, Forensic Emergency Medicine, Olshaker, Anderson and **Smock**, Lippincott, Williams & Wilkins, 2001.

**Smock, W.S.**:  Forensic Emergency Medicine, Rosen's Emergency Medicine:  Concepts and Clinical Practice, Marx et al, 5th Edition. Mosby, 2001.

**Smock, W.S.:**  Forensic Photography.  Handbook of Medical Photography, Stack, Storrow, Morris and Patton, Handley and Belfus, Inc., 2000.

**Smock, WS:** Airbag-Related Injuries and Death, Encyclopedia of Forensic Science, Siegel et al, Academic Press, London, 2000.

**Smock, WS:** Determination of Driver versus Passenger in Motor Vehicle Collisions, Encyclopedia of Forensic Science, Siegel et al, Academic Press, London, 2000.

**Smock, WS:** The Forensic Evaluation of Handgun Wounds, Encyclopedia of Forensic Science, Siegel et al, Academic Press, London, 2000.

**Smock, WS:** Recognition of Pattern Injuries in Victims of Domestic Violence, Encyclopedia of Forensic Science, Siegel et al, Academic Press, London, 2000.

**Smock, W.S.**:  Clinical Forensic Medicine, Emergency Medicine:  Concepts and Clinical Practice, Rosen and Barkin, 4th Edition. Mosby, 1997.

**Monographs, CDs, Webinars and On-Line Training Programs:**
Gwinn C, G Strack, **WS Smock**, D Thomas and A Smith:  The Medical-Legal Consequences of "Chokeholds" Is it Deadly Force?, Family Justice Center Annual Conference, Training Institute on Strangulation Prevention, San Diego, California, September 2020

**Smock WS** and Casey Gwinn:  Staged Deaths:  Would you Recognize a Staged Scene if you Stepped in it?, Training Institute on Strangulation Prevention, August 2020

**Smock WS:**  2020 Imaging Recommendations Update and the Next Steps for the Strangled Patient, Institute on Strangulation Prevention, August 2020

Heisler C and **WS Smock**:  Elder Abuse:  Strangulation and Suffocation in Later Life, Institute on Strangulation Prevention, August 2020

**Smock WS:**  The Forensic and Medical Evaluation of Gunshot Wounds:  Applications for DV, Felony and Officer-Involved Shootings, Academy of Forensic Nursing, July 2020

**Smock WS:**  The Forensic and Medical Evaluation of "Chokehold" Patients, Academy of Forensic Nursing, June 2020

Gwinn, C, G Strack and **WS Smock** et al.:  "2020 Imaging Recommendations for the Strangled Patient", Training Institute on Strangulation Prevention", June 2020

Foote-Lucero, C and **WS Smock:**  "Case Review:  Introduction to Gunshot Wounds". Academy of Forensic Nursing, May 2020

Gwinn, C, G Strack and **WS Smock,** D Faugno, D Rincon**:**  "What We Learned in 2019:  Updates from the Training Institute on Strangulation Prevention, San Diego, January 2020

Weaver, M and **WS Smock:**  "Recommendations for the Medical/Radiographic Evaluation of the Pregnant Adult Patient with Non-Fatal Strangulation", Alliance for Hope International, San Diego, February 2019

Gwinn, C, G Strack and **WS Smock:**  "What We Learned in 2018:  Updates from the Training Institute on Strangulation Prevention, San Diego, January 2019

Strack, G, **WS Smock**, M Burke:  "Strangulation Survivors Speak Out", Alliance for Hope International, San Diego, October 2018

Strack, G, **WS Smock**, C Baldwin-Johnson, D Faugno, V Sievers and J Green:  "Pediatric Strangulation, Part 2", Webinar, Training Institute on Strangulation Prevention, San Diego, February 2018

Strack, G and **WS Smock:**  "The Forensic and Medical Evaluation of the Non-fatal Strangulation Patient", Webinar, Northwest Hospital, Baltimore, MD, February 2018

Strack, G, Gwinn, C and **WS Smock:** "What We Learned in 2017: Updates from the Training Institute on Strangulation Prevention", Webinar, Training Institute on Strangulation Prevention, San Diego, January 2018

Strack, G, **WS Smock**, C Baldwin Johnson, D Faugno, V Sievers and K Snyder: "Pediatric Strangulation, Part 1", Webinar, Training Institute on Strangulation Prevention, San Diego, October 2017

Strack, G, W Green, R Riviello, **WS Smock** and M Weaver: "Imaging Recommendations for Non-Fatal Strangulation Cases", Webinar, Training Institute on Strangulation Prevention, San Diego, July 2017

Strack, G, Gwinn, C and **WS Smock:** "What We Learned in 2016: Updates from the Training Institute on Strangulation Prevention", Webinar, Training Institute on Strangulation Prevention, San Diego, January 2017

**Smock, WS: "**Long term consequences of strangulation", Training Institute on Strangulation Prevention, Webinar: September 2016

25

**Smock, WS** and S Sturgeon: "Recommendations for the Medical/Radiographic Evaluation of Acute Adult, Non-Fatal Strangulation", Training Institute on Strangulation Prevention, San Diego, September 2016.

**Smock, WS:** "The Forensic Evaluation of Injuries: Applications for Victims of IPV", University of Alabama Birmingham, June 2016.

**Smock, WS** and S Sturgeon: "Recommendations for the Medical/Radiographic Evaluation of Acute Adult, Non-Fatal Strangulation, Training Institute on Strangulation Prevention, March 2016.

**Smock, WS** and K Nash: "Clinical Documentation of Strangulation Cases", Webinar, Training Institute on Strangulation Prevention, San Diego, January 2016

**Smock, WS:** "The Clinical Forensic Evaluation of Gunshot Wounds", 25-hour on-line program and 16-hour practical program developed for the Galen Center for Professional Development, June 2014.

**Smock, WS,** C Nunn and S Ely: "The Forensic Evaluation of Injuries in Victims of Domestic Violence:, University of Louisville School of Medicine, August 2010.

**Smock, WS: "**Preparing the Justice System for a Pandemic Influenza", Bureau of Justice Administration, United States Department of Justice, September 2006.

**Smock, WS,** F. Provenza and S.J. Johnson: "Airbag Warning Label Project: A Call to Arms, American College of Emergency Physicians, 2003.

**Smock, WS** and B. Sandelback: "Identification of Victims of Domestic Violence", American College of Emergency Physicians, 1999, 2nd edition. (CD and monograph)

**Smock, WS** and B. Sandelback: "Identification of Victims of Domestic Violence", American College of Emergency Physicians, 1998, 1st edition. (Slides and monograph)

**In Press:**

**Grants and Contracts:**
Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2020-21, **William S. Smock, M.D., PI,** $180,000.

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2019-20, **William S. Smock, M.D., PI,** $180,000.

Federal Bureau of Investigation, Louisville Division, 2020, **William S. Smock, MD**

Jeffersontown Police Department, Police Surgeon, 2020 – 2021, **William S. Smock, MD,** $10,000.00.

Jeffersontown Fire Department, Fire Surgeon, 2020 – 2021, **William S. Smock, MD,** $10,000.00

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2019-20, **William S. Smock, M.D., PI,** $175,000.

Jeffersontown Police Department, Police Surgeon, 2019 – 2020, **William S. Smock, MD,** $5,000.00.

Jeffersontown Fire Department, Fire Surgeon, 2019 – 2020, **William S. Smock, MD,** $10,000.00

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2018-19, **William S. Smock, M.D., PI,** $175,000.

Jeffersontown Police Department, Police Surgeon, 2018 – 2019, **William S. Smock, MD,** $5,000.00.

Jeffersontown Fire Department, Fire Surgeon, 2018 – 2019, **William S. Smock, MD,** $10,000.00

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2017-18, **William S. Smock, M.D., PI,** $175,000.

Jeffersontown Fire Department, Fire Surgeon, 2017 – 2018, **William S. Smock, MD,** $5,000.00

Jeffersontown Police Department, Police Surgeon, 2017 – 2018, **William S. Smock, MD,** $5,000.00.

Norton Healthcare, Forensic Services Program, 2016-17, **William S. Smock, M.D.,** $40,000.

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2016-17, **William S. Smock, M.D., PI,** $175,000.

Norton Healthcare, Forensic Services Program, 2015-16, **William S. Smock, M.D.,** $40,000.

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2015-16, **William S. Smock, M.D., PI,** $175,000.

Norton Healthcare, Forensic Services Program, 2014-15, **William S. Smock, M.D.,** $40,000.

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2014-15, **William S. Smock, M.D., PI,** $175,000.

Galen Center for Professional Development, Forensic Evaluation of Gunshot Wounds, 2014, **William S. Smock, M.D., PI,** $60,000.

CE & S Foundation, WaterStep Kenyon Pump Repair Project, 2013, **William S. Smock, M.D., PI,** $20,000.

Louisville Metro Council, Clinical Forensic Medicine/Police Surgeon, 2013, **William S. Smock, M.D., PI,** $175,000.

Louisville Metro Department of Corrections, 2012, **William Smock, M.D., P.I.,** $10,000.

Louisville Metro Council, Police Surgeon, 2012, **William Smock, M.D., P.I.,** $60,000.

Louisville Metro Council, Clinical Forensic Medicine, 2012, **William Smock, M.D., P.I.,** $110,000.

Louisville Metro Council, Police Surgeon, 2011, **William Smock, M.D., P.I.,** $60,000.

Louisville Metro Council, Clinical Forensic Medicine, 2011, **William Smock, M.D., P.I.,** $110,000.

Louisville Metro Council, Police Surgeon, 2010, **William Smock, M.D., P.I.,** $60,000.

Louisville Metro Council, Clinical Forensic Medicine, 2010, **William Smock, M.D., P.I.,** $45,000.

Louisville Metro Council, Firearms Injury Database, 2010, **William Smock, M.D., P.I.**, $20,000.

Louisville Metro Council, Clinical Forensic Medicine, 2009, **William Smock, M.D., P.I.**  $45,000.

Louisville Metro Council, Firearms Injury Database, 2009, **William Smock, M.D., P.I.**, $20,000.

Louisville Metro Council, Firearms Injury Database, 2008, **William Smock, M.D., P.I**, $20,000.

Louisville Metro Council, Clinical Forensic Medicine, 2008, **William Smock, M.D., P.I.**  $45,000.

United States Department of Justice, Injuries Produced by Law Enforcement use of Less Lethal Weapons: A Prospective Multicenter Trial, 2008 to 2012, **William Smock, M.D., P.I.**

Louisville Metro Council, Firearms Injury Database, 2007, **William Smock, M.D., PI.,** $25,000.

Louisville Metro Health and Wellness, Firearms Injury Database, 2007, **William Smock, M.D., PI.,** $25,000.

Louisville Metro Police Department, Firearms Injury Database, 2007, **William Smock, M.D., PI.,** $25,000.

Kentucky Department of Public Health, Radiation Training Program, 2006, **William Smock, M.D., PI.,** $243.000.00.

Kentucky Office of Homeland Security, MATT-UASI, **William Smock, M.D., PI,** 2005, $100,000.

Kentucky Office of Homeland Security, Medical Assistance and Tactical Team, **William Smock, M.D., PI**, 2005, $300,000.

Office of the United States Attorney, Western District of Kentucky, U.S. Department of Justice, Project Safe Neighborhood, **William S. Smock, MD.** 2004. $118,502.00.

American College of Emergency Physicians, "Airbag Warning Label Project", Chapter Grant, **William S. Smock, MD., P.I.,** 2001.$2,000.00.

University of Louisville Hospital Foundation, "Airbag Warning Label Educational Grant", **William S. Smock, M.D.. P.I.,** 1999, $2,000.00.

28

Alliant Community Trust Grant, "Alliant Fellowship in Clinical Forensic Medicine", 1998 **William S. Smock, M.D.-PI** $55,403.00.

Kentucky Department of Justice, "Infrared Videography and its use in Clinical Forensic Medicine", George R. Nichols, II M.D., Mark Bernstein, D.M.D., and **William S. Smock, M.D.** 1997, 98-118S $200,143.00.

American College of Emergency Physicians, Chapter Development Grant, "Identification of Victims of Domestic Violence", 1996, **William S. Smock, M.D.-PI**  $5,200.00.

Boehringer-Ingelheim Pharmaceuticals, "Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy, Safety, Tolerability and Pharmacokinetics of Two Doses of IV Cerestat (Aptiganel Hydrochloride) vs. Placebo in Patients with an Acute Ischemic Stroke, 1996, UHSC 197-96, **William S. Smock, M.D.-PI** $128,793.00.

**Current Research:**
Use of a thermal imaging camera as a model for the forensic evaluation of trauma in strangulation, Office of the Police Surgeon, Louisville Metro Police Department, Louisville, Kentucky.

Strokes and complications associated with the lateral vascular neck restraint, Office of the Police Surgeon, Louisville Metro Police Department, Louisville, Kentucky.

The forensic implications of petechial hemorrhage, Office of the Police Surgeon, Louisville Metro Police Department, Louisville, Kentucky.

**Previous Research:**
Injuries Produced by Law Enforcement use of Less Lethal Weapons: A Prospective Multicenter Trial, United States Department of Justice, 2008 to 2012.

Development of a Clinical Forensic Nursing Training Program.  The Department of Emergency Medicine and the Louisville Metro Police Department.  Funded by the Louisville Metro Council. 2008 to 2010.

Development of a Firearm Injury Surveillance Program for Louisville and Jefferson County, Kentucky. The Department of Emergency Medicine, University of Louisville School of Medicine and in cooperation with the Kentucky Medical Examiner's Office, the Jefferson County Coroner's Office, the Kentucky State Police Crime Laboratory, the Louisville Metro Police Department and the Louisville Metro Health and Wellness. 1998 to 2010.

Development of the Medical Assistance and Tactical Team (MATT) a multi-agency task force to assist local, state and federal law enforcement agencies address emergency public health threats, including support of local health departments.  Members of the task force, operating under state and federal statutes, will be responsible for the serving and enforcing of Circuit and Federal Court Orders involving isolation and quarantine during a public health emergency.  The MATT will also be responsible for assisting the TSA in the evaluation of potentially infectious patient's onboard commercial aircraft or at the Louisville International Airport. Funded by the Kentucky Department of Homeland Security. 2005-2009.

"Project Safe Neighborhood".  Development of a Firearm Injury Surveillance Program for Louisville and Jefferson County, Kentucky. The Department of Emergency Medicine, University of Louisville School of Medicine and in cooperation with the United States Attorney's Office, Kentucky Medical Examiner's Office, the Jefferson County Coroner's Office, the Kentucky State Police Crime Laboratory, the Louisville Metro Police Department. 2004-2007

 "Review of injuries and their associated costs at the Louisville Extreme Skate Park".  A Joint study between Kosair Children's Hospital and the Departments of Surgery and Emergency Medicine at the University of Louisville Hospital.  2004

Airbag Warning Label Project. Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky.  2000-2002

Evaluation of Airbag induced injuries.  Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky.  1995-2002

Development and implementation of the first clinical forensic medicine training program and fellowship in the United States - Departments of Emergency Medicine and Forensic Pathology, of the University of Louisville School of Medicine and the Office of the Chief Medical Examiner, Commonwealth of Kentucky. 1993-2000

Evaluation of medical support provided to tactical physicians. Department of Emergency Medicine, University of Louisville School of Medicine. 1999

Review of arrest and conviction rate of intoxicated drivers admitted to a level 1 trauma center.  In cooperation with Dr. Bruce Hines and the Department of Emergency Medicine, University of Louisville Hospital, Louisville, Kentucky. 1998

Review of bean bag projectile injuries.  In cooperation with Dr. Matt Krista and the Department of Emergency Medicine, University of Louisville Hospital, Louisville, Kentucky. 1998

The forensic evaluation of gunshot wounds by prehospital and hospital personnel. The Departments of Emergency Medicine, Forensic Pathology, and Anatomical Science and Neurobiology of the University of Louisville School of Medicine and the Office of the Chief Medical Examiner, Commonwealth of Kentucky.  1995

The evaluation of vehicle damage, injury mechanisms, safety restraints, anatomic injuries and physiological response as indicators for prehospital and intra-hospital triage criteria - Departments of Emergency Medicine and Anatomical Science and Neurobiology, University of Louisville School of Medicine. 1991 – 1995

Injury mechanisms and the dynamic responses of the human leg to trauma sustained in motor vehicle collisions - Department of Anatomical Science and Neurobiology, University of Louisville School of Medicine. 1990 – 1993

Examination of illegal drugs, prescribed medication, and medical conditions as contributory factors in the vehicle related death.  Kentucky Medical Examiner's Office, Louisville, Kentucky. 1986

A Master of Science thesis which examined vehicle related deaths in Jefferson County, Kentucky. The author performed on-scene examinations of the victims and vehicles and post-mortem examinations of the victims. The content of these examinations included:  injury and incident reconstruction, occupant kinematics, evaluation of safety restraints and identification of causative parameters.  The thesis culminated in a proposal to local agencies for the development of investigative protocols for the thorough analysis of vehicular crashes.  1984 – 1985

Development of the Fatal Accident Investigation Team Approach Program for Louisville and Jefferson County, Kentucky.  Members of the team included:  Jefferson County Coroner's Office, Kentucky Medical Examiner's Office, Commonwealth Attorney's Office, and the Louisville and Jefferson County Police Departments. 1985

Development of a fatal accident investigation protocol for the Kentucky Medical Examiner's training program, Department of Pathology, University of Louisville School of Medicine. 1985

**Scheduled Presentations, Grand Rounds and Lectures:**
Chicago Police Department, August 2021
Meritus Health/Hagerstown Hospital, Hagerstown, MD, September 2021
Training Institute on Strangulation Prevention, Bucks County, Pennsylvania, September 2021
Training Institute on Strangulation Prevention, Advance Course, October 2021
Kentucky Statewide Trauma and Emergency Medicine Symposium, October 2021
Training Institute on Strangulation Prevention, Denver, Colorado, October 2021
Ohio, International Association of Forensic Nursing, October 2021
Family Court Judges, Jefferson County, KY, October 2021
Training Institute on Strangulation Prevention, Richmond, Virginia, 2021
Training Institute on Strangulation Prevention, Portland, Oregon, 2022

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2021**
"Staged Crime Scenes", International Homicide Investigator's Association Symposium 2021, IHIA, FBI and Metropolitan Police Department, Washington, D.C., August 2021

"Forensic Evaluation of Gunshot Wounds-Applications for Domestic and Officer-Involved Shootings" International Homicide Investigator's Association Symposium 2021, IHIA, FBI and Metropolitan Police Department, Washington, D.C., August 2021

"Suicide or Murder:  What Really Happened to Libby Caswell in Room 319?", California Western School of Law, June 2021

"Clinical Forensic Medicine:  Strangulation, Pattern Injuries and Child Abuse", Clark County Sheriff's Department, Jeffersonville, Indiana, June 2021

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Clark County Sheriff's Department, Jeffersonville, Indiana, June 2021

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Louisville Metro Police Department Training Academy, Louisville, Kentucky, June 2021

"Clinical Forensic Medicine:  Strangulation, Pattern Injuries and Child Abuse": Louisville Metro Police Department Training Academy, Louisville, Kentucky, June 2021

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Northern Ireland, June 2021

"Suicide or Murder:  What Really Happened to Libby Caswell in Room 319?", CrimeCon, Austin, Texas, June 2021

"The Forensic and Medical Evaluation of the Fatal and Non-fatal Strangulation Patient", Sandhills Crisis Intervention Program, Ogallala, Nebraska, May 2021

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Crimes Against Women Conference, Dallas, Texas, May 2021

"Would you Recognize a Staged Wound or Crime Scene if you Stepped in it?", Parts 1 and 2, Crimes Against Women Conference, Dallas, Texas, May 2021

"Petechial Hemorrhage Challenge:  Are you ready?", Crimes Against Women Conference, Dallas, Texas, May 2021

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Sandhills Crisis Intervention Program, Ogallala, Nebraska, May 2021

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Grand Rounds, Michigan State University, East Lansing, Michigan, April 2021

"The Forensic and Medical Evaluation of the Fatal and Non-fatal Strangulation Patient", Grand Rounds, Michigan State University, East Lansing, Michigan, April 2021

"The Forensic Evaluation of Gunshot Wounds:  Part 3", Academy of Forensic Nursing, April 2021

"Virtual Grand Rounds:  What every physician needs to know about non-fatal strangulation", Department of Defense and the Training Institute on Strangulation Prevention, March 2021

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician", University of Louisville School of Medicine, Louisville, Kentucky, March 2021

"The Medical and Forensic Evaluation of the Strangled Patient", New Mexico Sexual Assault Nurse Examiner Program, Taos, New Mexico, March 2021

Training Institute on Strangulation Prevention, Advance Course, Training Institute on Strangulation Prevention, San Diego, California, January/February 2021

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2020**

32

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Chicago Police Department, Chicago, Illinois, December 2020

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Louisiana State University School of Medicine, Department of Emergency Medicine, New Orleans, Louisiana December 2020

"The Forensic Evaluation of Gunshot Wounds, Strangulation Victims and Pattern Injuries in Domestic Violence", Louisville Metro Police Academy, Louisville, Kentucky, December 2020

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases", Advanced Course, Training Institute on Strangulation Prevention, San Diego, California, November 2020

"The Forensic Evaluation of Non-Fatal Strangulation Victims", Speranza Conference, Columbia University, New York, New York, October 2020

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Illinois Coroner and Medical Examiner Association, Vandalia, Illinois, October 2020

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Tennessee Hospital Association, Nashville, Tennessee, October 2020

"Would you Recognize a Staged Wound or Crime Scene if you Stepped in it?", Illinois Coroner and Medical Examiner Association, Vandalia, Illinois, August 2020

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Illinois Coroner and Medical Examiner Association, Vandalia, Illinois, August 2020

"The Clinical Forensic Evaluation of GSWs:  Applications for domestic, felony and officer-involved shootings:, Illinois Coroner and Medical Examiner Association, Vandalia, Illinois, August 2020

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Staged Crime Scenes", Louisville Metro Police Department Training Academy, Louisville, Kentucky, June 2020

"The Forensic and Medical Evaluation of "Chokehold" Patients, Louisville Metro Police Department Training Academy, Louisville, Kentucky, June 2020

"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Oakland University, Oakland, Michigan, June 2020

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Oakland University, Oakland, Michigan, June 2020

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases", Training Institute on Strangulation Prevention, Pulaski, Virginia, March 2020

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Ohio EMS and Trauma Conference, Columbus, Ohio, February 2020

33

"The Forensic and Medical Evaluation of Strangulation Patients", Ohio EMS and Trauma Conference, Columbus, Ohio, February 2020

"Advanced Course on Strangulation Prevention", Training Institute on Strangulation Prevention, San Diego, California, February 2020

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings":  Las Vegas Metro Police Department, Las Vegas, Nevada, January 2020

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings":  Indiana State Police and Community Health Network, Indianapolis, Indiana, January 2020

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2019**
"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases:  Applications for Police Departments, Chicago Police Department, Chicago, Illinois, December 2019

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings": University of Louisville School of Medicine, Louisville, Kentucky, December 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases", Department of Defense, Training Institute on Strangulation Prevention, Camp Foster, Okinawa, Japan, December 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases:  Applications for Police Departments, Chicago Police Department, Chicago, Illinois, November 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases", Department of Defense, Training Institute on Strangulation Prevention, Fort Stewart, Georgia, November 2019

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", SDFI, Las Vegas, Nevada, November 2019

"Advanced Course on Strangulation Prevention", Training Institute on Strangulation Prevention, Alliance for Hope International, October 2019

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Alliance for Hope International, San Diego, California, October 2019

"The Forensic Evaluation of Gunshot Wounds:  Does size matter?", Forensic Section, American College of Emergency Physicians, October 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Cases", Crowdsolve, Seattle, Washington, October 2019

"The Forensic and Medical Evaluation and Investigation of Fatal and Non-fatal Strangulation Victims", Institute for Strangulation Prevention, Wayne State Medical School, Detroit, Michigan, September 2019

34

"The Forensic and Medical Evaluation and Investigation of Fatal and Non-fatal Strangulation Victims", Department of Defense, Fort Bragg, North Carolina, September 2109

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings",  StepStone and Wichita Police Department, Wichita, Kansas, September 2019

"The Forensic and Medical Evaluation and Investigation of Fatal and Non-fatal Strangulation Victims", Chicago Police Department, Chicago, Illinois, September 2019

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Philadelphia Police Department, Philadelphia, Pennsylvania, August 2019

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Ripley County, Indiana Prosecutor's Office, Batesville, Indiana, August 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Victims", International Association of Chiefs of Police, Clark County, Ohio, August 2019

"The Forensic Evaluation of Fatal and Non-fatal Strangulation Victims", Ripley County, Indiana Prosecutor's Office, Batesville, Indiana, August 2019

"Strangulation:  The Last Warning Shot", Institute for Strangulation Prevention and the International Association of Chief's of Police, Springfield, Ohio, August 2019

"Expert Witness Course", Institute for Strangulation Prevention, Fort Worth, Texas, August 2019

"The Forensic and Medical Evaluation of Non-Fatal Strangulation Patients", Texas Health-Huguley, Fort Worth, Texas, August 2019

"Strangulation:  The Last Warning Shot", Institute for Strangulation Prevention, Fort Worth, Texas, August 2019

"The Forensic and Medical Evaluation of Non-Fatal Strangulation Patients", John Parker Scott Hospital, Fort Worth, Texas, August 2019

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulation Patients", Case Western Reserve University, Cleveland, Ohio, July 2019

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Indianapolis, Indiana, June 2019

"The Investigation and Prosecution of Fatal and Non-Fatal Strangulation", Kentucky and Indiana Prosecutor's Conference,  Brandis School of Law, University of Louisville, Louisville, Kentucky June 2019

"The Investigation and Prosecution of Fatal and Non-Fatal Strangulation", Oakland University, Pontiac, Michigan, June 2019

35

"The Forensic Evaluation of Gunshot Wounds:  Applications for the investigation of domestic and officer-involved shootings", Oakland University, Pontiac, Michigan, June 2019

"Strangulation Cases and Making Good Use of Expert Testimony", Annual Southeastern Pennsylvania Forensic Nursing Conference, Abington, Jefferson Health,  Philadelphia, PA, May 2019

"The Investigation and Prosecution of Fatal and Non-Fatal Strangulation", New York State Office for the Prevention of Domestic Violence, Albany, New York, May 2019

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency department", Department of Emergency Medicine, Albany Medical Center, Albany, New York, May 2019

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation", Great Plains Regional Hospital, , North Platte, Nebraska, May 2019

"The Forensic Evaluation of Gunshot Wounds:  Applications for the investigation of domestic and officer-involved shootings", Training Institute on Strangulation Prevention, Fort Worth, Texas, May 2019

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Fort Worth, Texas, May 2019

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation Victims", Department of Emergency Medicine, JPS Health Network, Fort Worth, Texas, May 2019

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation Victims", Department of Surgery, JPS Health Network, Fort Worth, Texas, May 2019

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation Victims", Tarrant County Medical Examiner's Office, Fort Worth, Texas, May 2019

"The Forensic Evaluation of Gunshot Wounds:  Applications for the investigation of domestic and officer-involved shootings", Louisville Metro Police Department Training Academy, Louisville, Kentucky, May 2019

"The Forensic Evaluation of Non-Fatal Strangulation Patients:  Applications for the investigating officer", Louisville Metro Police Department Training Academy, Louisville, Kentucky, May 2019

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation Victims", Department of Defense, Fort Riley, Kansas, April 2019

 "The Forensic Evaluation of Non-Fatal Strangulation Patients:  Applications for physicians in training", University of Louisville, April 2019

"The Forensic Evaluation of Gunshot Wounds", University of Louisville School of Medicine, Louisville, Kentucky, April 2019

36

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation Victims":  Victoria Police Service, Homicide Squad, Melbourne, Australia, April 2019

"The Forensic Evaluation of Staged Wounds and Crime Scenes": Victoria Police Service, Homicide Squad, Melbourne, Australia, April 2019

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Western Australia Police Service and the Women's Council, Perth, Australia March 2019

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Victoria Police Service and the Red Rose Foundation, Melbourne, Australia March 2019

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Queensland Police Service and the Red Rose Foundation, Brisbane, Australia March 2019

 "Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Calgary Police Service, Calgary, Canada, March 2019

"Hemorrhage Control and Tactical Medicine", Laurel County Health Department, London, Kentucky, January 2019

"Identifying, Investigating and Prosecuting Domestic Violence Strangulation Cases", Institute for Strangulation Prevention, Lake Regional Health System, Osage Beach, Missouri, January 2019

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2018**
"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Chicago Police Department, Chicago, Illinois, December 2018

"Would you Recognize a Staged Crime Scene if you Stepped in it?", Franciscan Health, Indianapolis, Indiana, December 2018

"Pattern Injuries, Elder Abuse and Sharp-Force Trauma", Franciscan Health, Indianapolis, Indiana, December 2018

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for the investigation and prosecution of domestic and officer-involved shootings", Franciscan Health, Indianapolis, Indiana, December 2018

"The Forensic Evaluation of the Strangled Patient", Franciscan Health, Indianapolis, Indiana, December 2018

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for the investigation and prosecution of domestic and officer-involved shootings", Salt Lake City County District Attorney's Office, Salt Lake City, Utah, December 2018

"Indian Country Strangulation and Suffocation Seminar", Department of Justice, National Advocacy Center, Columbia, South Carolina, November 2018

"The Forensic Evaluation of Gunshot Wounds:  Obstruction of justice by healthcare providers", University of Louisville School of Medicine, Louisville, Kentucky, October 2018

"The Forensic Evaluation of Gunshot Wounds:  Obstruction of justice by healthcare providers", The 76th Samuel David Gross Lectureship, Phi Delta Epsilon, Phi Chapter, University of Louisville School of Medicine, Louisville, Kentucky, October 2018

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Rochelle, Illinois, October 2018

"Strangulation:  The Last Warning Shot" Advanced 4-Day Program, Training Institute on Strangulation Prevention, San Diego, California, October 2018

"Would you Recognize a Staged Scene if you Stepped in it?", Louisiana Coroner's Conference, Mandeville, Louisiana, October 2018

"The Last Warning Shot: Investigation and Prosecution of Felony Strangulation", Colorado Attorney General's Office, Denver, Colorado, October 2018

"Strangulation Training:  Charting the Course from Abuser to Murderer", Indiana Association Prosecutor's Council, Public Safety Academy, Fort Wayne, Indiana, September 2018

"Would you Recognize a Staged Wound or Scene if you Stepped in "it":  Review of gunshot wounds, alleged falls, alleged suicides and strangulation case studies", Forensic Clinical Medicine and Investigation Seminar, Albany Medical Center and New York State Police, Albany, New York, September 2018.

"The Clinical Forensic Evaluation of Gunshot Wounds:  Applications for the investigation and prosecution of domestic and officer-involved shootings", Forensic Clinical Medicine and Investigation Seminar, Albany Medical Center and New York State Police, Albany, New York, September 2018.

"The Forensic Evaluation of Blunt and Sharp Force Injuries in the Investigation of Interpersonal Violence Cases:  Are the injuries consistent with the story?", Forensic Clinical Medicine and Investigation Seminar, Albany Medical Center and New York State Police, Albany, New York, September 2018.

"Overcoming Common Strangulation Defenses:  I didn't do it and if I did, it was just an accident", Forensic Clinical Medicine and Investigation Seminar, Albany Medical Center and New York State Police, Albany, New York, September 2018.

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation:  Documentation, Investigation and Prosecution", Forensic Clinical Medicine and Investigation Seminar, Albany Medical Center and New York State Police, Albany, New York, September 2018.

"Strangulation: The Last Warning Shot", No More Crimes of Power and Control, Nebraska State Patrol, Lincoln, Nebraska, September 2018

"Developing and Effectively Utilizing a Medical Expert in Court: Don't Go To Court Without One", Oklahoma Office of the Attorney General, Norman, Oklahoma, September 2018

"Improving and Building Your Strangulation/Suffocation Case for Felony Prosecution: It's Not a Misdemeanor", Oklahoma Office of the Attorney General, Norman, Oklahoma, September 2018

"Strangulation:  The Last Warning Shot", Oklahoma Office of the Attorney General, Norman, Oklahoma, September 2018

"Strangulation:  The Last Warning Shot", Training Institute on Strangulation Prevention, Training Institute on Strangulation Prevention, Pontiac, Michigan, September 2018

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Training Institute on Strangulation Prevention, San Diego, California, August 2018

Master's Course, Training Institute on Strangulation Prevention, San Diego, California, August 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Indiana Prosecuting Attorneys Council, Sellersburg, Indiana, August 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Training Institute on Strangulation Prevention, Brazilian, Texas, August 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Training Institute on Strangulation Prevention, Salt Lake City, Utah, August 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations:  The medical science, Princess Alexandra Hospital Health Symposium, Queensland, Australia, July 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Jefferson County Indiana Prosecutor's Conference, Madison, Indiana, July 2018

"The Forensic Evaluation of Gunshot Wounds:  Applications for Domestic and Officer-Involved Shootings": University of Louisville School of Medicine, Department of Emergency Medicine, July 2018

"The Forensic and Medical Evaluation of Fatal and Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Ohio Prosecuting Attorneys Association Conference, Sandusky, Ohio, June 2018

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Charlotte, North Carolina, June 2018

"The Forensic and Medical Evaluation of the Strangled Patient:  Getting a grip on unseen injuries", Ohio EMS Conference, Columbus, Ohio, May 2018

"The Pathophysiology and Medical Evaluation of Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Delaware County Prosecutor's Office, Columbus, Ohio, May 2018

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, New York Police Department Training Academy, New York, New York, May 2018

"The Medical Evaluation of the Non-Fatal Strangulation Patient:  History, History, History!", Mercy Hospital System, Oklahoma City, Oklahoma, May 2018

 "The Medical Evaluation of the Non-Fatal Strangulation Patient:  History, History, History!", Oklahoma University, Oklahoma City, Oklahoma, May 2018

"The Medical Evaluation of the Non-Fatal Strangulation Patient:  History, History, History!", Integris Hospital System, Oklahoma City, Oklahoma, May 2018

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Oklahoma City, Oklahoma, April 2018

"Hidden Danger:  Addressing Non-Fatal Strangulation", 2018 Crime Victims' Rights Conference, Topeka, Kansas, April 2018

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Riley County Prosecutor's Office, Manhattan, Kansas, April 2018

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Indianapolis University, Indianapolis, Indiana, March 2018

"The Forensic and Medical Evaluation of the Non-Fatal Strangulation Patient", Henderson Police Department, Las Vegas, Nevada, March 2018

"Strangulation:  The last warning shot", Queensland Police and Red Rose Foundation, Brisbane, Australia, March 2018

"The Pathophysiology, Forensic and Medical Evaluation of Non-Fatal Strangulations", Queensland Magistrate and District Courts, Brisbane, Australia, March 2018

"Strangulation Prevention and Intervention Course", Australian Federal Police, Red Rose Foundation and Clinical Forensic Medicine Services, Canberra Hospital, Canberra, Australia, March 2018

"The Pathophysiology, Forensic and Medical Evaluation of Non-Fatal Strangulations", Queensland Magistrate and District Courts, Canberra, Australia, March 2018

"The Forensic Evaluation of Gunshot Wounds", University of Louisville School of Medicine, February 2018

40

"Risks Associated with the Use of the Carotid Restraint", San Diego Community Review Board on Police Practices, San Diego, California, January 2018

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums: 2017**
"The Pathophysiology and Medical Evaluation of Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Training Institute on Strangulation Prevention, Fort Worth, Texas, October 2017

"The Pathophysiology and Medical Evaluation of Non-Fatal Strangulations: Investigation and prosecution of Felony Cases", Oakland University, Rochester, Michigan, October 2017

"The Clinical Forensic Evaluation of GSW's: Applications for domestic, felony and officer-involved shootings", Oakland University, Rochester, Michigan, October 2017

"Strangulation: The last warning shot", Training Institute on Strangulation Prevention, United States Department of Defense, Okinawa, Japan, October 2017

"Strangulation: The last warning shot", Training Institute on Strangulation Prevention, United States Department of Defense, Fort Stewart, Georgia, September 2017

"The Medical and Forensic Evaluation of Non-Fatal Strangulation Patients", OhioHealth, Columbus, Ohio, September 2017

"Pattern Injuries and Interpersonal Violence: Recognition and Documentation", OhioHealth, Columbus, Ohio, September 2017

"The Clinical Forensic Evaluation of GSWs: Applications for domestic, felony and officer-involved shootings", OhioHealth, Columbus, Ohio, September 2017

"The Medical and Forensic Evaluation of Non-Fatal Strangulation Patients", Department of Emergency Medicine, University of Louisville, August 2017

"The Medical and Forensic Evaluation of Non-Fatal Strangulation Patients", Oklahoma Judiciary, Oklahoma City, Oklahoma, August 2017

"Strangulation: The last warning shot", Training Institute on Strangulation Prevention, Oklahoma City, Oklahoma, August 2017

"Strangulation: The last warning shot", Training Institute on Strangulation Prevention, Milwaukee, Wisconsin, August 2017

"The Forensic Evaluation of Gunshot Wounds: Applications for domestic and officer-involved shootings", Department of Emergency Medicine, University of Louisville, Louisville, Kentucky, July 2017

"Strangulation: The last warning shot", Training Institute on Strangulation Prevention, Criminal Justice Training Commission, Seattle, Washington, April 2017

41

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Harborview Medical Center, Yakima, Washington, April 2017

"Strangulation:  The last warning shot", Training Institute on Strangulation Prevention, Palm Beach County Criminal Justice Commission, Palm Beach, Florida, April 2017

"Handling Strangulation Assaults from the 911 Call to the Courtroom: End Violence Against Women International, Orlando, Florida, April 2017

"He More Than Choked Her:  Examining and Documenting Domestic Violence Injuries through a Study of Medical Photos", Grand Rounds, TriStar Centennial Medical Center, Nashville, Tennessee, March 2017

"Pattern Injuries and Interpersonal Violence:  Recognition and treatment", Grand Rounds, TriStar Centennial Medical Center, Nashville, Tennessee, March 2017

"The Forensic and Medical Evaluation of the Non-Fatal Strangulation Patient", Grand Rounds, TriStar Centennial Medical Center, Nashville, Tennessee, March 2017

"The Forensic and Medical Evaluation of the Non-Fatal Strangulation Patient", Ohio State University College of Nursing, Columbus, Ohio, March 2017

"The Forensic and Medical Evaluation of the Non-Fatal Strangulation Patient", Grand Rounds, Department of Emergency Medicine, Ohio State University, Columbus, Ohio, March 2017

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic, felony and officer-involved shootings", Kentucky State Police Training Academy, March 2017.

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Not Now, Not Ever Research Symposium, Central Queensland University, Mackay, Australia, February 2017.

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Domestic Violence Prevention Board, Lexington, Kentucky, February 2017

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Hildalgo County Sheriff's Department, Florida, January 2017

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Bay County Sheriff's Department, Florida, January 2017

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2016**
"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Bay County Sheriff's Department, Florida, January 2017

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Billings Montana Police Department, Billings, Montana, November 2016

"Obstruction of Justice by Healthcare Professionals:  The Forensic Evaluation of Gunshot Wounds", Billings Montana Police Department, Billings, Montana, November 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Macomb County Criminal Justice Training Center and Oakland University, Rochester, Michigan, October 2016

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Macomb County Criminal Justice Training Center and Oakland University, Rochester, Michigan. October 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Family Justice Center, Fort Worth, Texas. October 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Training Institute on Strangulation Prevention, Kandiyohi County Prosecutor's Office, Kandiyohi, MN, September 2016

"The Forensic Evaluation of Wounds:  Self-inflicted or Assault", Forensic and Medical Sexual Assault Clinicians Australia, Sydney, Australia, September 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", Forensic and Medical Sexual Assault Clinicians Australia, Sydney, Australia, September 2016

"The Pathophysiology and Medical Evaluation of Non-Fatal Strangulation:  Fact and Fiction", Royal College of Pathologists of Australasia, Sydney, Australia, September 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", 19th Annual Dietz Wolfe, M.D. Lectureship, Norton Healthcare, Louisville, Kentucky, August 2016

"The Forensic Evaluation of Gunshot Wounds:  Applications for the domestic and officer-involved shootings", Indiana University Health Forensic Conferences, Indianapolis, Indiana, August 2016

"Driver or Passenger?:  Is the dead guy always the driver?", Indiana University Health Forensic Conferences, Indianapolis, Indiana, August 2016

"The Forensic and Medical Evaluation of the Non-Fatal Strangulation Patient", Department of Emergency Medicine, University of Louisville School of Medicine, August 2016

"The Forensic Evaluation of Non-Fatal Strangulation:  Applications for the EMT and Paramedic", Louisville Metro Emergency Medical Services, Louisville, Kentucky, July 2016.

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency medicine physician", Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky, July 2016

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation:  Getting a grip on your victim's forensic needs", Kansas University Medical Center, Salina Regional Trauma Conference, Saline, Kansas, June 2016

43

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Kansas University Medical Center, Salina Regional Trauma Conference, Saline, Kansas, June 2016

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Christiana Trauma Center, Newark, Delaware, May 2016

 "The Medical Investigation and Prosecution of Felony Strangulation", Chief State's Attorney's Office, Connecticut College, Groton Connecticut, February 2016

"The Medical Investigation and Prosecution of Felony Strangulation", Family Justice Center, Rock Springs, Wyoming, January 2016

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2015**
"Getting a Grip on Strangulation:  Understanding the medical science", Family Court, Jefferson County, Louisville, Kentucky, December 2015

"The Forensic Evaluation of Gunshot Wounds:  Do healthcare providers obstruct justice?", 71st Samuel David Gross Lecturer, Phi Delta Epsilon Medical Fraternity, Phi Chapter, University of Louisville School of Medicine, November 2015

Training Institute on Strangulation Prevention, Denver County District Attorney's Office, Denver, Colorado, September 2015

Training Institute on Strangulation Prevention, Kandiyohi County Prosecutor's Office, Kandiyohi, MN, September 2015

"The Forensic Evaluation of Strangulation Victims", Spaulding University in cooperation with: Norton Healthcare, Louisville Metro Police Department and the United States Attorney's Office, July 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the domestic and officer-involved shootings", Spaulding University in cooperation with:  Norton Healthcare, Louisville Metro Police Department and the United States Attorney's Office, July 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shootings", Practical program Galen Center for Professional Development, Louisville, Kentucky, July 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician, University of Louisville School of Medicine, Louisville, Kentucky, July 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician", University of Louisville School of Medicine, March 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician", Phi Delta Epsilon, University of Kentucky, March 2015

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2014**

44

"Pattern Injuries:  Applications for the emergency physician", Department of Emergency Medicine, University of Louisville, December 2014

"The Forensic Evaluation of the Strangulation Victim:  Applications for the emergency physician", Department of Emergency Medicine, University of Louisville, November 2014

"The Forensic Evaluation of the Strangulation Victim", Department of the Prosecuting Attorney, Honolulu, Hawaii, November 2014

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician", Phi Delta Epsilon, University of Louisville, November 2014

"The Forensic Evaluation of Gunshot Wounds:  Applications for the emergency physician", Department of Emergency Medicine, University of Louisville School of Medicine, July 2014

 "The Forensic Evaluation of the Strangulation Victim", Training Institute on Strangulation Prevention, Bellingham, Washington, June 2014

"He More Than Choked Her:  Identifying, Examining and Documenting Strangulation Patients", Grand Rounds, PeaceHealth St. Joseph Medical Center, Bellingham, Washington, June 2014

"The Forensic Evaluation of the Strangulation Victim", Elizabethtown Police Department, Elizabethtown, Kentucky, May 2014

"Obstruction of Justice by Health Care Professionals:  Errors in the Forensic Evaluation of Gunshot Wounds, Phi Delta Epsilon, University of Louisville, April 2014

"Clinical Forensic Medicine", Department of Emergency Medicine, University of Louisville School of Medicine, April 2014

"The Forensic Evaluation of Gunshot Wounds:  Applications for the Officer-Involved Shooting", Homicide Unit, Dallas Police Department, Dallas, April 2014

"Elder Abuse and Neglect", Department of Emergency Medicine, University of Louisville School of Medicine, March 2013

"The Forensic Applications of Alcohol:  The DUI Patient", Department of Emergency Medicine, University of Louisville School of Medicine, March 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for Domestic Shootings", The Indiana Chapter of the International Association of Forensic Nurses, Indianapolis, Indiana, March 2014

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2013**
"The Forensic Evaluation of Gunshot Wounds:  Applications for EMS Providers", Louisville Metro Emergency Medical Services, Louisville, Kentucky, December 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting, Carilion Clinic, Roanoke Memorial Hospital, Roanoke, Virginia, December 2013.

"The Physical Assessment and Forensic Evaluation of Strangulation Victims:  'Don't Choke'": Louisville Metro Emergency Medical Services, Louisville, Kentucky, October 2013

"Pattern Injuries and Interpersonal Violence", Department of Emergency Medicine, University of Louisville Hospital, Louisville, Kentucky, October 2013

"The Forensic Evaluation of Victims of Strangulation", Tulane School of Law, New Orleans, Louisiana, October 2013

"The Medical Evaluation of Victims of Strangulation", Department of Emergency Medicine, Louisiana State University, New Orleans, October 2013

"The Forensic Evaluation of Gunshot Wounds", Department of Emergency Medicine, University of Louisville Hospital, Louisville, Kentucky, September 2013

"Forensic Evaluation of the Strangulation Victim", Department of Emergency Medicine, University of Louisville Hospital, August 2013

"Clinical Forensic Medicine:  Applications for the law enforcement officer", Louisville Metro Police Training Academy, May 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", 40-Hour Pilot Course, Carolinas Healthcare Systems, Charlotte, North Carolina, April 2013

"The Physical Assessment and Forensic Evaluation of Strangulation Victims", Louisville Metro Police Training Academy, Louisville, Kentucky, April 2013

"Elder Abuse and Neglect:  Applications for the investigating officer", Louisville Metro Police Training Academy, Louisville, Kentucky, March 2013

"The Physical Assessment and Forensic Evaluation of Strangulation Victims", Louisville Metro Police Training Academy, Louisville, Kentucky, March 2013

"Clinical Forensic Medicine:  Applications for the investigation of interpersonal violence": Louisville Metro Police Training Academy, Louisville, Kentucky, February 2013

"The Physical Assessment and Forensic Evaluation of Strangulation Victims", Louisville Metro Police Training Academy, Louisville, Kentucky, February 2013

"Clinical Forensic Medicine:  Can you make the diagnosis?", Phi Delta Epsilon, Regional Leadership Conference, Louisville, Kentucky, January 2013

"Excited Delirium Syndrome and In-Custody Deaths", New Albany Police Department In-service Training, New Albany, Indiana, January 2013

"The Physical Assessment and Forensic Evaluation of Strangulation Victims", New Albany Police Department In-service Training, New Albany, Indiana, January 2013

46

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", Carolinas Medical Center, Charlotte, North Carolina, January 2013

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2012**
The Forensic Evaluation of Gunshot Wounds, Department of Emergency Medicine, University of Kentucky School of Medicine, November 2012.

The Forensic Evaluation of Strangulation Victims, Department of Emergency Medicine, University of Louisville School of Medicine, October 2012.

The Forensic Evaluation of Gunshot Wounds, Department of Emergency Medicine, University of Louisville School of Medicine, October 2012.

 "The Forensic Evaluation of Wounds", Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky, May 2012

"Bioterrorism and Public Health" Department of Emergency Medicine, University of Louisville School of Medicine, Louisville, Kentucky, May 2012

"The Role of Clinical Forensic Medicine and Nursing in Officer-Involved Shootings", Connell School of Nursing, Boston College, Newton, Massachusetts, May 2012

 "The Forensic Evaluation of Gunshot Wound:  Does size matter?", Emergency Trauma Symposium, University of Louisville Hospital, February 2012.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2011**
"The Forensic Evaluation of Gunshot Wounds:  Applications for Officer-Involved Shootings", Christiana Medical Center, Wilmington, Delaware, December 2011.

"Diagnostic Pitfalls in the Forensic Evaluation of Gunshot Wounds", Grand Rounds Trauma Conference, Department of Emergency Medicine, Christiana Medical Center, Wilmington, Delaware, December 2011.

"Clinical Forensic Medicine and Nursing:  The Louisville Model", Multidisciplinary Trauma Conference, University of Louisville Hospital, Louisville, Kentucky, November 2011.

"The Forensic Evaluation of Gunshot Wounds:  Officer-Involved Shootings", Grand Rounds, University of Alabama Birmingham, Department of Emergency Medicine, Birmingham, Alabama, November 2011.

"The Development of Clinical Forensic Medicine in the U.S.", Maine Medico Legal Society, New England Seminar in Forensic Sciences, Colby College, Waterville, Maine, August 2011.

"Diagnostic Pitfalls in the Forensic Evaluation of Gunshot Wounds", Multidisciplinary Trauma Conference, University of Louisville Hospital, Louisville, Kentucky July 2011

47

"Clinical Forensic Nursing: Pattern injuries, can you make the diagnosis?", Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"Clinical Forensic Medicine:  Pattern injuries, can you make the diagnosis?", Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"The Forensic Evaluation of Gunshot Wounds:  Applications for the investigation of violent crimes". Bermuda Underwater Exploration Institute, Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"The Forensic Evaluation of Gunshot Wounds", Grand Rounds, Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"Applications of Clinical Forensic Medicine in the A & E", Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"Introduction to Clinical Forensic Medicine:  Applications for the Operating Theater", Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"Introduction to Clinical Forensic Nursing", Bermuda Hospitals Board, Hamilton, Bermuda. April 2011.

"Benefits and Applications of Forensic Nursing in the Evaluation of Gunshot Wounds", Christiana Health Care, Wilmington, Delaware. March 2011

"The Forensic Evaluation of Strangulation Injuries in Victims of Domestic Violence", Jefferson County District and Circuit Court, Louisville, Kentucky.  February 2011.

"Gunshot Wounds:  Forensic Evaluation and Legal Issues, Applications for criminal investigations and officer-involved shootings", University of Louisville School of Nursing, Louisville, Kentucky, February 2011.

"The Forensic Evaluation of Handgun, Shotgun and High Velocity Wounds", Advance Ballistic Trauma Seminar, Bellarmine University and Louisville Metro EMS, Louisville, Kentucky, February 2011.

"The Forensic Evaluation of Gunshot Wounds:  Can you make the diagnosis?, Multi-disciplinary Trauma Conference, University of Louisville Hospital, Louisville, Kentucky, January 2011.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2010**
"Development of Tactical Medical Programs in Kentucky", Kentucky Tactical Officer's Association, Frankfort, Kentucky, November 2010.

"Forensic Medicine and Nursing Symposium", Samaritan Hospital, Troy, NY, November 2010.

"Military Combat Medicine:  Applications in the Civilian Environment". Department of Family and Community Medicine, University of Louisville School of Medicine, September 2010

"Applications of Clinical Forensic Medicine", Department of Emergency Medicine, Wright State University, Dayton, Ohio, January 2010.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2009**
"The Forensic Evaluation of Gunshot Wounds and Evidence Collection", Phi Delta Epsilon, University of Louisville School of Medicine, September 2009.

"The Forensic Evaluation of Gunshot Wounds and Evidence Collection", Multi-disciplinary Trauma Conference, University of Louisville Hospital, July 2009.

"The Forensic Evaluation of Gunshot Wounds in the Tactical Environment", Counter Narcotics & Terrorism Operational Medical Support, United States Park Police, Alexandria, Virginia, July 2009.

"The Investigation of Officer Involved Shootings and Incidents", Kentucky State Police Training Academy, Frankfort, Kentucky, July 2009.

"Occupant Kinematics, Air Bag Injuries and the Determination of Driver versus Passenger", Utah Highway Patrol Training Academy, Salt Lake City, Utah, June 2009.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2008**
"Pandemic Flu Preparedness for the Courts", Jefferson County Kentucky Circuit and District Courts, May 2008.

"Forensic Aspects of Motor Vehicle Trauma:  Airbags and Who's Who".  Multi-Disciplinary Trauma Conference, University of Louisville Hospital, January 2008.

"Tactical Emergency Medicine", Kentucky State Police SWAT, Lexington, KY, January 2008.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2007**
"The Medical Assistance and Tactics Team, M.A.T.T.", University of Kentucky School of Public Health, Lexington, Kentucky. November 2007.

"Is Forensic Medicine or Forensic Nursing the subspecialty we are seeking or is it something different?",  Family Violence Prevention Fund, 2007 National Conference on Health and Domestic Violence, San Francisco, California, March 2007.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2006**
"The University of Louisville's Gunshot Wound Registry", Grand Rounds, Department of Surgery, University of Louisville, July 2006.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2005**
"Screening for the Human Biologic Vector and the Use of the Medical Assistance and Tactical Team", Transportation Research Board Annual Conference, Washington, D.C.  January 2005.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2004**
"The Medical Assistance and Tactics Team, M.A.T.T.", University of Kentucky School of Public Health, Lexington, Kentucky. November 2004.

"Pattern Injuries in Victims of Domestic Violence", Valley Baptist Medical Center, Harlingen, Texas. November 2004.

Enhancing Partnerships for Safe Neighborhoods, Community Policing Consortium, Orlando, Florida. April 2004.

CASE Media Fellowship:  From SARS to Sarin:  Surviving a Nuclear, Biological or Chemical Assault, University of Louisville, Louisville, Kentucky. April 2004.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2003**
"Applications of Clinical Forensic Medicine in Your Practice", Maine Medical Legal Society, Colby College, Waterville, Maine. August 2003.

"Clinical Forensic Medicine for the Emergency Physician", Department of Emergency Medicine, Medical College of Georgia, Augusta, Georgia. April 2003.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2002**
"Clinical Forensic Medicine: What the emergency physician needs to know", Department of Emergency Medicine, Vanderbilt University, Nashville, Tennessee. April 2002.

Airbag Induced Injuries and Deaths:  What the physician needs to know. Grand Rounds, Departments of Surgery and Emergency Medicine, University of Kentucky, Lexington, Kentucky. February 2002.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2001**
"Bioterrorism Simulation and Lab", Recognizing and Responding to the Threat of Bioterrorism Luncheon Series, University of Louisville School of Medicine, Louisville, Kentucky. December 2001.

"Terrorism:  The Louisville Model", Recognizing and Responding to the Threat of Bioterrorism Luncheon Series, University of Louisville School of Medicine, Louisville, Kentucky. November 2001.

"Recognizing and Responding to the Threat of Bioterrorism", with Ronald Atlas, PhD., Department of Family and Community Medicine, University of Louisville School of Medicine, Louisville, Kentucky. November 2001.

**Academic Grand Rounds, Invited Lectures, Training Programs and Symposiums:  2000**
"Airbag Induced Injuries:  A failure to warn":  Department of Pediatrics, Kosair Children's Hospital, University of Louisville School of Medicine, Louisville, Kentucky. November 2000.

"Clinical Forensic Medicine for the Emergency Physician", Department of Emergency Medicine, Methodist Hospital, Indianapolis, Indiana. October 2000.

"Clinical Forensic Medicine for the Emergency Physician", Department of Emergency Medicine, Medical College of Georgia, Augusta, Georgia. May 2000.

**1999**

"Clinical Forensic Medicine and the Emergency Medicine Physician", Department of Emergency Medicine, University of North Carolina, Charlotte, North Carolina. December 1999.

"What Emergency Physicians Should Know about Clinical Forensic Medicine", Department of Emergency Medicine, North Shore University Hospital, Manhasset, New York. October 1999.

"Domestic Violence:  The Role of the Physician in Breaking the Cycle", Summa Akron City Hospital, Akron, Ohio. October 1999.

**1998**
"Airbag Related Injuries", Department of Physical Medicine and Rehabilitation, University of Louisville School of Medicine, Louisville, Kentucky. June 1998.

"Clinical Forensic Medicine:  The forensic evaluation of gunshot wounds, penetrating trauma and pattern injuries", Department of Emergency Medicine, Truman Medical Center and the University of Missouri-Kansas City, Kansas City, Missouri. June 1998.

"Patterns of Injury:  Forensics in Emergency Medicine", Department of Emergency Medicine, Truman Medical Center and the University of Missouri-Kansas City, Kansas City, Missouri. June 1998.

"Clinical Forensic Medicine", Department of Emergency Medicine, Medical College of Virginia, Richmond, Virginia. February 1998.

**1997**
"Pediatric Clinical Forensic Medicine"  Department of Pediatrics, University of Louisville School of Medicine, Louisville, Kentucky. October 1997.

"The Forensic Evaluation of Gunshot Wounds", Department of Emergency Medicine, Methodist Hospital, Indianapolis, Indiana. July 1997.

"The Evaluation of Pattern Injuries in Victims of Child Abuse and Domestic Violence", Department of Emergency Medicine, Methodist Hospital, Indianapolis, Indiana. July 1997.

"Airbags and the Pediatric Patient", Department of Pediatrics, University of Louisville School of Medicine, Louisville, Kentucky. June 1997.

"Clinical Forensic Medicine", Department of Military and Emergency Medicine, Uniformed Services University, Bethesda, MD. April 1997.

"Airbag Injuries:  From the Malignant to the Benign", Department of Emergency Medicine, University of Southern California, Los Angeles, California. February 1997.

"Clinical Forensic Medicine for the Emergency Physician", Department of Emergency Medicine, University of Kentucky, Lexington, Kentucky. January 1997.

**1995**

51

"Forensics and the Emergency Physician", Department of Emergency Medicine, Wright State University, Dayton, Ohio. November 1995.

**1994**
"Clinical Forensic Medicine: What the attending physician needs to know", Department of Emergency Medicine, University of Kentucky.  Lexington, Kentucky. November 1994.

"Clinical Forensic Medicine in the Emergency Department", Department of Emergency Medicine, Medical College of Pennsylvania, Philadelphia, Pennsylvania. November 1994.

**1992**
"Pediatric Forensic Medicine", Grand Rounds, Kosair Children's Hospital, Louisville, Kentucky. August 1992.

**International Presentations:**
**2021**
"Staged Crime Scenes: Getting Away with Murder", 21st Annual International Family Justice Center Conference, April 2021

**2019**
"Prosecution of Strangulation Cases and Making Good Use of Experts", International Conference on Sexual Assault, Intimate Partner Violence and Increasing Access, End Violence Against Women International, San Diego, California, April 2019

"Implementing Non-Fatal Strangulation Medical and Photography Protocol with Law Enforcement and Hospitals", International Conference on Sexual Assault, Intimate Partner Violence and Increasing Access, End Violence Against Women International, San Diego, California, April 2019

"SAFE Case Review", International Conference on Sexual Assault, Intimate Partner Violence and Increasing Access, End Violence Against Women International, San Diego, California, April 2019

"Homicide or Suicide?",  19th Annual International Family Justice Center Conference, San Diego, California, March 2019

"Prosecution: Use of Experts", 19th Annual International Family Justice Center Conference, San Diego, California, March 2019

"Investigations and Clinical Documentation:  Best Practices", 19th Annual International Family Justice Center Conference, San Diego, California, March 2019

"Overcoming Defense Arguments", 19th Annual International Family Justice Center Conference, San Diego, California, March 2019

"Traumatic Brain Injury and Hope", 19th Annual International Family Justice Center Conference, San Diego, California, March 2019

**2018**

"Overcoming Expert Testimony by the Defense", 18th Annual International Family Justice Center Conference, Fort Worth, Texas, April 2018

"The Forensic Evaluation of Gunshot Wounds;  Applications for domestic shootings", 18th Annual International Family Justice Center Conference, Fort Worth, Texas, April 2018

"Sexual Assault and Strangulation", 18th Annual International Family Justice Center Conference, Fort Worth, Texas, April 2018

2017
"The Forensic and Medical Evaluation of Non-Fatal Strangulations:  The Red Rose Foundation, Brisbane, Australia, February 2017

**2016**
"The Pathophysiology and Medical Evaluation of Non-Fatal Strangulations: Investigation and Prosecution of Felony Cases", International Association of Chiefs of Police, San Diego, California. October 2016

"The Clinical Forensic Evaluation of GSWs:  Applications for Officer-involved shootings", International Association of Chiefs of Police, San Diego, California. October 2016

"The Forensic and Medical Evaluation of Non-Fatal Strangulations", International Association of Forensic Nurses, Denver, CO, September 2016

"He More Than Just Strangled Her:  Medical science and the long-term consequences of strangulation", XXIII Congreso Colombiano de preventcion y atencion del maltrato infantil, Universidad de Bogota, Bogotá, Columbia, July 2016

 "Promising Forensic Documentation Practices in Handling SA and DV Strangulation Cases: The Maricopa and Louisville Model", 16th Annual Family Justice Conference, San Diego, California, April 2016

"The Medical Science of Strangulation Crimes:  The Long-Term Consequences", 16th Annual Family Justice Conference, San Diego, California, April 2016

"Crime Scene Investigation of Strangulation:  Available tools and technology", 16th Annual Family Justice Conference, San Diego, California, April 2016

"The Forensic Evaluation of Gunshot Wounds:  Applications for the Domestic and Officer-Involved Shootings", International Conference on Sexual Assault, Domestic Violence, and Engaging Men & Boys, End Violence Against Women International, Washington, DC, March 2016

**2015**
"The Forensic Evaluation of Gunshot Wounds:  Applications for the Domestic and Officer-Involved Shootings", International Association of Forensic Nurses, Orlando, Florida, October 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the Officer-Involved Shooting, International Association of Chief's of Police, Chicago, Illinois, October 2015

53

**2014**

"Rapidly Detecting Human Biologic Vectors:  Applications for Ebola", International Association of Chiefs of Police, Orlando, Florida, October 2014

"The Forensic Evaluation of GSWs-The Hole Truth:  Obstruction of Justice by Health Care Professionals": International Association of Forensic Nurses, Phoenix, Arizona, October 2014

"Getting a Grip on Strangulation:  The forensic evaluation"; International Association of Forensic Nurses, Phoenix, Arizona, October 2014

**2013**

"The Forensic Evaluation of Motor Vehicle Trauma:  Driver or Passenger": 21st Annual Scientific Assembly, International Association of Forensic Nurses, Anaheim, California October 2013

"The Physical Assessment and Forensic Evaluation of Strangulation Victims:  'Don't Choke'":  21st Annual Scientific Assembly, International Association of Forensic Nurses, Anaheim, California October 2013

**2012**

"The Role of Clinical Forensic Medicine and Nursing in Officer-Involved Shootings", International Association of Forensic Nurses, Puerto Rico, October 2012

**2011**

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", International Association of Forensic Nurses, Montreal, Canada, October 2011.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", International Association of Chiefs of Police, Chicago, October 2011.

**2010**

The Forensic Evaluation of Gunshot Wounds, 18th Annual Scientific Assembly, International Association of Forensic Nurses, Pittsburgh, Pennsylvania.  October 2010.

Air Bag Injuries and Deaths:  Do you have a bomb in your car?, International Association of Coroners and Medical Examiners, Las Vegas, Nevada, July 2010.

**2009**

Development of a Model Curriculum for Forensic Nurse Examiners. International Association of Forensic Nurses Annual Conference, Atlanta, Georgia, October 2009.

**2008**

The Financial Costs and Circumstances of Firearms-Related Domestic Violence ,13th International Conference on Violence, Abuse and Trauma, San Diego, CA, September 2008.

**2006**

"Medical Assistance and Tactical Teams, M.A.T.T:  The Next Generation of All Hazards Medical Response, 27th International Disaster Management Conference, Orlando, Florida. February 2006.

**2005**

"Medical Assistance and Tactical Teams, M.A.T.T.: The Next Generation of TEMS", International Tactical Emergency Medical Support Conference, San Diego, California. September 2005.

"Recognition and Response to the Human biologic Vector: Are we Ready?", Airports Council International-North America, Security Committee Spring Meeting, Austin, Texas.  March 2005.

**2004**

"Forensic Investigation of Police Related Shootings", 8th International Conference on Tactical Emergency Medical Support, Department of Military and Emergency Medicine, Uniformed Services University of the Health Sciences, Washington, D.C. June 2004.

"Medical Assistance and Tactical Teams, M.A.T.T", 8th International Conference on Tactical Emergency Medical Support, Department of Military and Emergency Medicine, Uniformed Services University of the Health Sciences, Washington, D.C. June 2004.

**2002**

"Jeffery C. Gilbert vs. Prince George's County:  The Application of Clinical Forensic Medicine in a Warrant Gone Bad", 6th International Conference on Tactical Emergency Medical Support, Department of Military and Emergency Medicine, Uniformed Services University of the Health Sciences, Las Vegas, Nevada. June 2002.

"Clinical Forensic Medicine and Crime Scene Evaluation for the Tactical Medic", 6th International Conference on Tactical Emergency Medical Support, Department of Military and Emergency Medicine, Uniformed Services University of the Health Sciences, Las Vegas, Nevada. June 2002.

**2001**

"Chemical Emergencies:  Practical Solutions for Pre-Hospital and Hospital Personnel Protection", Instituut voor Urgentiegeneeskunde, Amsterdam, Netherlands. February 2001.

**2000**

"Airbag Induced Injuries:  A failure to warn", 17th International Extrication Competition and Learning Symposium, Louisville, Kentucky. October 2000

**1999**

"Management of Bioterrorism Hoaxes", Third International Conference on Tactical Emergency Medical Support, Casualty Care Research Center and Department of Military and Emergency Medicine, Uniformed Services University of the Health Sciences, Bethesda, Maryland. June 1999

**1997**

"Serious and Fatal Injuries Caused by Passenger-Side Airbags in Low Speed Frontal Collisions", XVII the International Conference on Legal Medicine, Dublin, Ireland. August 1997

"Airbag:  The Problem", Search and Rescue/Disaster Response World Conference, Nashville, Tennessee. July 1997

"Clinical Forensic Medicine:  Tales from Death's Door", First International Conference on Tactical Emergency Medicine, Department of Military and Emergency Medicine, Uniformed Services University, Bethesda, Maryland. June1997

**1996**
"The Role of Clinical Forensic Medicine in the Emergency Department", 6th International Conference on Emergency Medicine, Sydney, Australia. November 1996

**1995**
"The Forensic Evaluation of Gunshot Wounds", The Association of Australasian and Pacific Area Police Medical Officers, Darwin, Australia. August1995

"The Training of Emergency Physicians in Clinical Forensic Medicine", The Association of Australasian and Pacific Area Police Medical Officers, Darwin, Australia. August1995

**1993**
"Airbag Induced Injuries", 10th International Extrication Competition and Learning Symposium, Louisville, Kentucky. October1993

"Development of the First Clinical Forensic Medicine Training Program in the United States", Third International Conference of the World Police Medical Officers, Harrogate, North Yorkshire, England. September 1993

"Development of a Clinical Forensic Medicine Curriculum for Emergency Department Physicians in the United States", 13th Meeting of the International Association of Forensic Sciences, Dusseldorf, Germany. August 1993

"Clinical Forensic Medicine in the United States", Department of Forensic Medicine, University of Edinburgh, Edinburgh, Scotland. August 1993

**1989**
"Clinical Forensic Medicine", Accident and Emergency Department, Royal Infirmary of Edinburgh. Edinburgh, Scotland. October 1989

"The Team Approach to the Investigation of Motor Vehicle Collisions", Department of Forensic Medicine, University of Aberdeen School of Medicine, Aberdeen, Scotland. October 1989

"The Team Approach to the Investigation of Motor Vehicle Collisions", Lothian and Borders Police Department, Edinburgh, Scotland. October 1989

"Chemical Testing:  Crucial to the Investigation, Indictment and Prosecution of Vehicular Homicide", Alcohol, Drugs and Traffic Safety, 11th International Conference, Chicago, Illinois. October 1989

"The Determination of Driver Versus Passenger in Motor Vehicle Collisions", International Association of Coroners and Medical Examiner's, Fort Mitchell, Kentucky. June 1989

**National Presentations:**

**2019**

"Is There a Role for Thermology in the Investigation of Strangulation?", American Academy of Thermology, Emory University, Atlanta, Georgia, September 2019

**2018**

"Only a matter of Time:  Medical Aspects in Surviving and Non-Surviving Strangulation Victims", 19th Annual Child Abuse and Family Violence Summit, Portland, Oregon, April 2018

"The Forensic Evaluation of Fatal and Non-Fatal Strangulation", 13th Annual Conference on Crimes Against Women's Dallas, Texas, April 2018

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", 13th Annual Conference on Crimes Against Women's Dallas, Texas, April 2018

"Could you Recognize a Staged Death Scene if you Stepped in it?", 13th Annual Conference on Crimes Against Women's Dallas, Texas, April 2018

**2017**

"Understanding the Crime Scene in Non-fatal Strangulation Cases", 12th Annual Conference on Crimes Against Women, Dallas, Texas, May 2017

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", 12th Annual Conference on Crimes Against Women, Dallas, Texas, May 2017

"Prosecution of Strangulation as Torture: A case study", Family Justice Conference, Milwaukee, Wisconsin, April 2016

**2016**

"The Forensic and Medical Evaluation of Non-Fatal Strangulations:  Getting a grip on your patient's forensic needs", 8th Annual Southwest Trauma and Acute Care Symposium, Arizona Trauma Association, Scottsdale, Arizona, November 2016

"Obstruction of Justice by Healthcare Professionals:  The Forensic Evaluation of Gunshot Wounds", 8th Annual Southwest Trauma and Acute Care Symposium, Arizona Trauma Association, Scottsdale, Arizona, November 2016

"Understanding the Crime Scene in Non-Fatal Strangulation Cases", Crimes Against Women Conference, Dallas, Texas, April 2016

"Long-Term Consequences of Strangulation:  PTSD, brain injury, strokes & much more, oh my!, Crimes Against Women Conference, Dallas, Texas, April 2016

"Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings", Crimes Against Women Conference, Dallas, Texas, April 2016

"The Forensic Evaludion of Strangulation Victims": Institute on Strangulation Prevention, San Diego, February 2016

**2015**
"The Forensic Evaluation of Strangulation Victims": Strangulation Training Institute, San Diego, August 2015

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting": Family Justice Conference, San Diego, CA, April 2015

**2014**
"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting": National Sheriff's Association, Fort Worth, Texas, June 2014

"Obstruction of Justice by Health Care Professionals:  Errors in the Forensic Evaluation of Gunshot Wounds", 7th Annual Forensic Investigations Conference, Kansas City, Kansas, May 2014

"The Forensic Evaluation of Gunshot Wounds in Domestic Shootings", 9th Annual Conference on Crimes Against Women, Dallas, Texas, April 2014

"The Medical Aspects of a Domestic Violence and Sexual Assault Strangulation Case", 9th Annual Conference on Crimes Against Women, Dallas, Texas, April 2014

**2013**
"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", 10th Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Health System, South Padre Island, Texas. November 2013

"The Forensic Investigation of Strangulation:  Don't Choke", 10th Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Health System, South Padre Island, Texas. November 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", National Sheriffs Association, Annual Conference, Charlotte, North Carolina, June 2013

"The Forensic Investigation of Officer-Involved Shootings", 6th Annual Forensic Investigations: Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri, May 2013

"Evidence Collection in Gunshot Wounds:  Avoiding blunders in the ED", 6th Annual Forensic Investigations:  Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri, May 2013

"Does Size Matter?:  The forensic evaluation of gunshot wounds", 6th Annual Forensic Investigations:  Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri, May 2013

"Driver or Passenger:  The forensic determination of occupant role", 6th Annual Forensic Investigations:  Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri, May 2013

"The Forensic Investigation of Strangulation:  Don't Choke", 6th Annual Forensic Investigations: Sexual Assault, Domestic Violence, Child and Elder Abuse…from Scene to Courtroom, St. Luke's Hospital of Kansas City, Kansas City, Missouri, May 2013

"The Forensic Evaluation of Strangulation Victims", 8th Annual Conference on Crimes Against Women, Dallas, Texas, April 2013

**2012**
"The Role Clinical Forensic Medicine and Nursing in Officer-Involved Shootings", Valley Regional Medical Center, Brownsville, Texas, March 2012

**2011**
"Pattern Injuries in Victims of Interpersonal Violence", New England Seminar in Forensic Sciences, Colby College, Waterville, Maine, August 2011

"Driver or Passenger:  Is the Dead Guy Always the Driver", New England Seminar in Forensic Sciences, Colby College, Waterville, Maine, August 2011

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", New England Seminar in Forensic Sciences, Colby College, Waterville, Maine, August 2011

**2007**
"Avian Influenza: Occupational Health Program for Protecting your Officers", Police Research Executive Forum, Chicago, IL, April 2007.

"LEO Protection:  Recommendations for Contact with Influenza H5N1 Infected Individuals", Alabama Departments of Public Health and Safety, Montgomery, Alabama, March 2007.

**2006**
"The Golden Hour of Child Abuse Investigation:  Are the injuries consistent with the history?", 3rd Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas. November 2006.

International Association of Chiefs of Police, "Pandemic Influenza:  Is Justice Prepared?", Boston, MA.  October 2006

Pandemic Flu Conference, Bureau of Justice Administration, U.S. Department of Justice, Chicago, IL.  May 2006.

**2005**
2nd Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas. November 2005.

"The Forensic Investigation of Air Bag-Induced Injuries and Deaths", 11th Annual Master's Forensic Conference, St. Louis University, St. Louis, MO, July 2005.

**2004**

"Medical Assistance and Tactics Team", Emergency Response Conference and Exposition, San Diego, California.  November 2004.

"Clinical Forensic Medicine: Practical Applications: 1st Rio Grande Valley Seminar in Forensic Sciences, Valley Baptist Medical Center, South Padre Island, Texas. November 2004.

"The Forensic Investigation of Police-Related Shootings", International Tactical Emergency Medicine Conference, Virginia Beach, Virginia. October 2004.

"Medical Assistance and Tactical Team:  Screening for the human biologic vector", American Community Preparedness Conference and Expo:  Response to Terrorism 2004, Louisville, Kentucky. May 2004.

"Medical and Law Enforcement Preparation for Special Events", American Community Preparedness Conference and Expo:  Response to Terrorism 2004, Louisville, Kentucky. May 2004.

**2003**
"Recognition and Evaluation of Pattern Injuries in Clinical Medicine:  What Really Happened?", 30th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine. August 2003.

"Clinical Forensic Medicine and the Evaluation of Gunshot Wounds",30th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine. August 2003.

"Pattern Injuries in Child Abuse and Domestic Violence", Forensic Focus 2003, Scottsdale, Arizona. June 2003.

"Forensic Evaluation of Gunshot Wounds", Forensic Focus 2003, Scottsdale, Arizona. June 2003.

"Applying Forensics to ER Practice": 2003 Changes Emergency Medicine Conference, East Central Georgia & South Carolina Midlands Emergency Medical Services, Augusta, Georgia. April 2003.

"Forensics of Gunshot Wounds": 2003 Changes Emergency Medicine Conference, East Central Georgia & South Carolina Midlands Emergency Medical Services, Augusta, Georgia. April 2003.

"The Forensic Evaluation of Gunshot Wounds: 2003 Critical Care Transport Medicine Conference, Louisville, Kentucky. March 2003.

**2002**
Airbag Induced Injuries and Deaths:  The forensic investigation. 29th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine. August 2002.

The Forensic Determination of Driver versus Passenger. 29th Annual New England Seminar in Forensic Sciences, Colby College, Waterville, Maine. August 2002.

Forensic Photography and Pattern Injuries. First National Conference on Medical Care & Domestic Violence, Southwestern University, Dallas, Texas. April 2002.

60

**2001**
"Airbag Warning Label Project:  A Call to Arms", Society for Academic Emergency Medicine, Atlanta, Georgia. May 2001.

"Airbag Ankle:  A Traumatic Injury from Airbag Module Cover Deployment", American Academy of Forensic Sciences, Seattle, Washington. February 2001.

**2000**
Airbag Induced Injuries, American College of Emergency Physicians, Philadelphia,  Pennsylvania. October 2000.

Clinical Forensic Medicine for the Emergency Physicians, American College of Emergency Physicians, Philadelphia, Pennsylvania. October 2000.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. August 2000.

"Forensics of Gunshot Wounds", Hawaiian Islands Trauma Symposium, Honolulu, Hawaii. July 2000.

"Tactical Emergency Medicine", Hawaiian Islands Trauma Symposium, Honolulu, Hawaii. July 2000.

"Airbags:  New Problems from a Preventive Measure", Hawaiian Islands Trauma Symposium, Honolulu, Hawaii. July 2000.

"Evaluation and Patterns of Injuries in Domestic Violence and Child Abuse", Hawaiian Island Trauma Symposium, Honolulu, Hawaii. July 2000.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. February 2000.

**1999**
"Biological Terrorism Hoaxes:  Planned Response", Special Operations Medical Association, Tampa, Florida. December 1999.

"Airbag Induced Injuries:  From the malignant to the benign",  American College of Emergency Physicians,1999 Scientific Assembly, Las Vegas, Nevada. October 1999.

"What the Emergency Physicians Should Know about Clinical Forensic Medicine",  American College of Emergency Physicians,1999 Scientific Assembly, Las Vegas, Nevada. October 1999.

Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. July 1999.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. June,1999.

61

Domestic Violence Training Program, Society of Academic Emergency Medicine, Boston, Massachusetts May 1999.

**1998**

"Clinical Forensic Issues in Gunshot Wounds", Understanding State-of-the-Art Treatment & Prevention of Firearm Injuries, The Firearm Injury Center of the Medical College of Wisconsin, Milwaukee, Wisconsin. December 1998.

"Out-of-Hospital Emergency Medicine Treatment Issues", Understanding State-of-the-Art Treatment & Prevention of Firearm Injuries, The Firearm Injury Center of the Medical College of Wisconsin, Milwaukee, Wisconsin. December 1998.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. November 1998.

"Clinical Forensic Medicine in the Sexually Assaulted Patient", Third Annual Sexual Assault Conference, University of Maryland, Baltimore, Maryland. November 1998.

"Pattern Injuries in Victims of Sexual Assault", Third Annual Sexual Assault Conference, University of Maryland, Baltimore, Maryland. November 1998.

"What the Emergency Physician Needs to Know About Clinical Forensic Medicine", American College of Emergency Physicians 1998 Scientific Assembly, San Diego, California. October 1998.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. June 1998.

"Airbag Induced Injuries:  From the malignant to the benign.", Fifth Annual Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky. May 1998.

"Domestic Violence Training Program: Physicians", Fifth Annual Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky. May 1998.

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Tampa, Florida. March,1998.

"Documentation:  Intervention and Documentation of Family Violence Injuries, California Academy of Family Physicians, Anaheim, California. February,1998.

**1997**

Advanced Counter Narcotics Tactical Operations Medical Support Program (CONTOMS), Uniformed Services University of the Health Sciences, Bethesda, Maryland. November 1997.

"What the Emergency Physician Needs to Know About Clinical Forensic Medicine", American College of Emergency Physicians 1997 Scientific Assembly, San Francisco, California. October 1997.

"Development of a Pediatric Forensic Medicine Program", American Professional Society on the Abuse of Children, Miami Beach, Florida, .June 1997.

"Driver or Passenger?: Determination of an Occupant's Role", Fourth Annual Postgraduate Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky. June 1997.

"Airbags: Friend or Foe?" Fourth Annual Postgraduate Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky. June 1997.

"The Recognition and Evaluation of Pattern Injuries in Victims of Domestic Violence", Fourth Annual Postgraduate Clinical Forensic Medicine Conference, University of Louisville School of Medicine, Louisville, Kentucky. June 1997.

"Forensic Photography and the Identification of Pattern Injuries in Victims of Domestic Violence", Society for the Prevention of Domestic Violence, San Francisco, California. February 1997.

**1996**
"What Emergency Physicians Should Know About Clinical Forensic Medicine", American College of Emergency Physician's Scientific Assembly, New Orleans, Louisiana. September 1996.

"Driver or Passenger", Third Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky June 1996.

"Practical Application of Clinical Forensic Medicine", Third Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1996.

"The Evaluations of Injuries in Police Custody", Third Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1996.

"Case Studies in Clinical Forensic Medicine", Third Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1996.

"Clinical Forensic Medicine", American College of Emergency Physicians Clinical Forum, Indianapolis, Indiana. April 1996.

"Comprehensive Evaluation of the Sexual Assault Victim", American College of Emergency Physicians Clinical Forum, Indianapolis, Indiana. April 1996.

"The Forensic Evaluation of Penetrating Trauma by Prehospital Personnel". American Academy of Forensic Science, Nashville, Tennessee. February 1996.

**1995**
"Practical Applications of Clinical Forensic Medicine", Second Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1995.

"Case Studies in Clinical Forensic Medicine", Second Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1995.

"Driver or Passenger?  How to determine an occupant's role in a motor vehicle collision, Second Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1995.

**1994**
"Clinical Forensic Medicine:  What are the practical applications in the emergency department", First Annual Postgraduate Clinical Forensic Medicine Conference, Louisville, Kentucky. May 1994.

**1993**
"Practical Applications of Clinical Forensic Medicine in the Emergency Department", Southern Medical Association, New Orleans, Louisiana. October 1993.

"The Recognition and Evaluation of Domestic Violence in the Emergency Department", La Porte Hospital, LaPorte, Indiana. October 1993.

Clinical Pathology Conference, Society for Academic Emergency Medicine, San Francisco, California. May 1993.

"Clinical Forensic Medicine:  Living forensic medicine in the emergency department", American Academy of Forensic Sciences, Boston, Massachusetts. February 1993.

"Airbag Induced Fatal Injuries:  A case report", American Academy of Forensic Sciences, Boston, Massachusetts. February 1993.

**1992**
"The Forensic Evaluation of Gunshot Wounds in the Emergency Department", Southern Medical Association, San Antonio, Texas. November 1992.

"Clinical Forensic Medicine in the Emergency Department", Southern Medical Association, San Antonio, Texas. November,1992.

"Traumatic Avulsion of the First Digit Secondary to Airbag Deployment", Thirty Sixth Conference of the Association for the Advancement of Automotive Medicine, Portland, Oregon. October 1992.

"The Utilization of Physicians Trained in Clinical Forensic Medicine to Determine Occupant Roles in Motor Vehicle Collisions", Thirty Sixth Conference of the Association for the Advancement of Automotive Medicine, Portland, Oregon. October 1992.

"The Forensic Evaluation of Penetrating Trauma in the Emergency Department", American College of Emergency Physicians Scientific Assembly, Seattle, Washington. September 1992

Clinical Pathology Conference, Society for Academic Emergency Medicine, Toronto, Canada. May 1992

"Development of the First Clinical Forensic Medicine Training Program", American Academy of Forensic Sciences, New Orleans, Louisiana. February 1992

**1991**

"Clinical Forensic Medicine in the Emergency Department", American College of Emergency Physicians Scientific Assembly, Boston, Massachusetts. October 1991

"Clinical Forensic Medicine", Keys to the Crime, Evidence Collection in Trauma Symposium, St. Louis, Missouri. September 1991

"The Forensic Pathologist and the Determination of Driver versus Passenger in Motor Vehicle Collisions", American Academy of Forensic Sciences, Cincinnati, Ohio. February 1991

**Local and Regional Presentations**:
**2019**
"The Forensic and Medical Evaluation of the Fatal and Non-Fatal Strangulation Patient", Indiana State Coroners Association In-Service Training Conference, Indianapolis, Indiana, June 2019

"Would you Recognize a Staged Wound or Crime Scene if you Stepped in it", Indiana State Coroners Association In-Service Training Conference, Indianapolis, Indiana, June 2019

"Driver or Passenger?  Is the dead guy always the driver?", Indiana State Coroners Association In-Service Training Conference, Indianapolis, Indiana, June 2019

**2018**
"The Physical Assessment and Forensic Evaluation of Strangulation Victims", Louisville Metro Police Training Academy, Louisville, Kentucky, November 2018

The Forensic Evaluation of Gunshot Wounds and Pattern Injuries", Louisville Metro Police Training Academy, Louisville, Kentucky, November 2018

"The Physical Assessment and Forensic Evaluation of Strangulation Victims", Louisville Metro Police Training Academy, Louisville, Kentucky, May 2018

"The Forensic Evaluation of Gunshot Wounds and Pattern Injuries", Louisville Metro Police Training Academy, Louisville, Kentucky, May 2018

 "The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, April 2018

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, January 2018

**2017**
"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, December 2017

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, October 2017

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, September 2017

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, September 2017

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, January 2017

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, January 2017

**2016**

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, September 2016

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, August 2016

"Obstruction of Justice by Health Care Providers:  The need for clinical forensic evaluations of gunshot wounds": Annual Delaware Trauma Symposium 2016, Wilmington, Delaware, May 2016

"Getting a Grip on Strangulation: Understanding the medical science":  2016 Child Abuse Summit, Driscoll Children's Hospital, Corpus Cristi, Texas, April 2016

"The Forensic Evaluation of Gunshot Wounds:  Applications for domestic and officer-involved shootings": 2016 Child Abuse Summit, Driscoll Children's Hospital, Corpus Christi, Texas, April 2016

**2015**

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, December 2015

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, September 2015

"Strangulation and Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, September 2015

"The Forensic Evaluation of Gunshot Wounds, Pattern Injuries and Strangulation in Domestic Violence", Louisville Metro Police Academy, August 2015

"Strangulation and Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, August 2015

"The Forensic Evaluation of Gunshot Wounds:  Obstruction of justice", West Virginia Trauma Symposium, Stonewall Jackson Resort, West Virginia, January 2015

**2014**

"The Forensic Evaluation of Gunshot Wounds:  The hole truth", Kentucky Prosecutors Conference, Office of the Attorney General, Lexington, Kentucky, August 2014

"Getting a Grip on Strangulation: A forensic evaluation", Kentucky Prosecutors Conference, Office of the Attorney General, Lexington, Kentucky, August 2014

"The Forensic Evaluation of Gunshot Wounds", Louisville Metro Police Academy, August 2014

"Strangulation and Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, August 2014

 "The Forensic Evaluation of the IPV Victim", 2nd Navajo Area Sexual Assault Response Team Training Conference, Navajo Nation Museum, Window Rock, Arizona, March 2014

"The Forensic Evaluation of Gunshot Wounds:  Applications for the domestic shooting", 2nd Navajo Area Sexual Assault Response Team Training Conference, Navajo Nation Museum, Window Rock, Arizona, March 2014

"Clinical Forensic Medicine:  Applications for the patrol officer", Louisville Metro Police Academy, Louisville, Kentucky, February 2014

"The Forensic Evaluation of Strangulation Victims:  "Don't Choke", MetroSafe, Louisville, Kentucky, January 2013

## 2013
"The Forensic Evaluation of Strangulation Victims:  "Don't Choke", Capital Case Litigation Conference, Office of the Kentucky Attorney General, Lexington, Kentucky, November 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", Capital Case Litigation Conference, Office of the Kentucky Attorney General, Lexington, Kentucky, November 2013

"Elder Abuse and Neglect:  Forensic Issues", Kentucky Department of Health and Family Services, Hazard , Kentucky, September 2013

"The Forensic Evaluation of Gunshot Wounds:  Applications for the officer-involved shooting", Kentucky Department of Health and Family Services, Hazard,  Kentucky, September 2013

"The Forensic Evaluation of Gunshot Wounds", Phi Delta Epsilon, University of Kentucky, Lexington, Kentucky, March 2013

## 2012
"Elder Abuse and Neglect:  Forensic Issues", Kentucky Department of Health and Family Services, Prestonsburg, Kentucky, November 2012."

"Elder Abuse and Neglect for the Patrol Officer", Louisville Metro Police Academy, October 2012

 "The Forensic Evaluation of Gunshot Wounds", Louisville Metro Police Academy, September 2012

67

"Strangulation and Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, September 2012

"High-Risk Medical Conditions: Identification and Management of Inmates with Drug-Related Problems", Kentucky Jailers Association, Conference, Covington, Kentucky, May 2012.
"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Law Enforcement Council, Eastern Kentucky University, Richmond, Kentucky, April 2012

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Laurel County Health Department and the London Police Department, London, Kentucky, April 2012.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Law Enforcement Council, Police Executive Command Course, Eastern Kentucky University, Barren River, Kentucky. April 2012.

 "The Role of Clinical Forensic Medicine in Officer-Involved Shootings:  Applications for the tactical medic", Kentucky Tactical Officer's Association, Frankfort, Kentucky, April 2012.

"Elder Abuse and Neglect", Louisville Metro Police Academy, February 2012.

"The Forensic Evaluation of Gunshot Wounds", Louisville Metro Police Academy, January 2012.

"Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, January 2012.

**2011**
"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Law Enforcement Council, Police Executive Command Course, Eastern Kentucky University, Richmond, Kentucky. November 2011.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Women's Law Enforcement Network Conference, Louisville, Kentucky. November 2011.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Law Enforcement Council, Police Executive Command Course, Barren River, Kentucky. October 2011.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", EMS Oktoberfest, Paducah, Kentucky.  October 2011.

"The Forensic Evaluation of Injuries in the Elderly", Big Sandy Council on Maltreatment, Prestonsburg, Kentucky.  October 2011.

"The Role of Clinical Forensic Medicine in Officer-Involved Shootings", Kentucky Law Enforcement Council, Police Executive Command Course, Barren River, Kentucky. September 2011.

"The Forensic Evaluation of Gunshot Wounds", Kentucky EMS Medical Director's Conference, Lexington, Kentucky. September 2011

68

"The Forensic Evaluation of Pattern Injuries:  Can you make the diagnosis?", Miami Valley Hospital Trauma Conference, Dayton, Ohio.  May 2011.

"The Forensic Evaluation of Gunshot Wounds:  Does size matter?", Miami Valley Hospital Trauma Conference, Dayton, Ohio.  May 2011.

"The Forensic Evaluation of Gunshot Wounds and Officer-Involved Shootings", Boone County Sheriff's Department, Burlington, Kentucky, May 2011.

"Elder Abuse and Neglect:  Using "Living Forensics" to determine if the injuries are consistent with the history", Office of the Inspector General, Elder Abuse and Neglect Conference, Louisville, Kentucky, March 2011.

"Identification of Elder Abuse and Neglect", Louisville Metro Police Academy, March 2011.

"The Forensic Evaluation of Gunshot Wounds", Louisville Metro Police Academy, March 2011.

"Pattern Injuries in Victims of Domestic Violence", Louisville Metro Police Academy, March 2011.

"The Forensic Evaluation of Gunshot Wounds in Officer-Involved Shootings", New Albany Police Department In-Service Training, New Albany, Indiana.  January 2011

**2010**
"The Forensic Evaluation of Gunshot Wounds:  How to bring CSI to your ER", Kentucky Trauma Symposium, Lexington, Kentucky, November 2010.

"Elder Abuse and Neglect:  Using "Living Forensics" to determine if the injuries are consistent with the history", Intimate Partner Violence and the Older Adult Symposium, KIPDA, Louisville, Kentucky.  September 2010.

"Clinical Forensic Medicine:  What the practitioner needs to know", 22nd Regional Conference, Kentucky Coalition of Nurse Practitioners, Covington, Kentucky, April 2010.

"Elder Abuse and Neglect: Using 'Living Forensic' to determine if the injuries are consistent with the history", Eastern Kentucky Elder Abuse Conference, Prestonsburg, Kentucky, April 2010.

"The Forensic Evaluation of Gunshot Wounds", Every, Victim, Every Time Crime Victim Conference, College Station Police Department, College Station, Texas, April 2010.

"Pattern Injuries in Victims of Domestic Violence and Child Abuse", Every, Victim, Every Time Crime Victim Conference, College Station Police Department, College Station, Texas, April 2010.

"The Determination of Driver versus Passenger in Motor Vehicle Collisions", Louisville Metro Police Academy, March 2010.

"The Forensic Evaluation of Gunshot Wounds", Louisville Metro Police Academy, March 2010.

"Pattern Injuries in Domestic Violence and Child Abuse", Louisville Metro Police Academy, March 2010.

"The Forensic Evaluation of Gunshot Wounds:  Does Size Matter?", 34th Annual Kentucky Histological Symposium, Louisville, Kentucky, March 2010.

"Recognition of Human Biologic Vectors":  Implications for public health, Boone County Kentucky Health Department, Covington, Kentucky, March 2010.

**2009**
"Tactical Emergency Medicine: Applications in the civilian environment", Kentucky Statewide Trauma and Emergency Medicine Symposium, Louisville, KY. October 2009.

"Forensic Medicine for the Tactical Medic", Kentucky Tactical Officers Association Annual Conference, Covington, KY, September 2009.

"Excited Delirium", Kentucky CIT Conference, Frankfort, KY, June 2009.

"The Forensic Evaluation of Gunshot Wounds:  Does Size Matter?", Cincinnati Trauma Conference, North Bethesda Hospital, Cincinnati, OH, May 2009.

"The Forensic Nurse Examiner:  The next generation of forensic nursing", Cincinnati Trauma Conference, North Bethesda Hospital, Cincinnati, OH, May 2009.

"The Forensic Evaluation of Gunshot Wounds:  Does Size Matter?", Clarian Health, Trauma Topics, Adults and Peds 2009, Indianapolis, IN, April 2009.

 "The Forensic Evaluation of Gunshot Wounds:  Does Size Matter?", University of Louisville Hospital Trauma Conference, Louisville, KY, February 2009.

**2008**
"Tactical Emergency Medicine", Kentucky Tactical Officers Association, Bowling Green, KY. October 2008.

"Medical Management of Blast Injuries", Kentucky Department of Health, London, KY.  May 2008.

"Applications of Clinical Forensic Medicine for Nurse Practitioners", 20th Regional Conference, Kentucky Coalition of Nurse Practitioners & Nurse Midwives, Louisville, KY, April 2008.

**2007**
"The Forensic Evaluation of Gunshot Wounds", 3rd Annual Southwest Ohio and Northern Kentucky Regional Forensic Conference, Thomas Moore College, Covington, KY, March 2007.

"The Golden Hour of Child Abuse Investigations", 3rd Annual Southwest Ohio and Northern Kentucky Regional Forensic Conference, Thomas Moore College, Covington, KY, March 2007.

**2006**

"Medical Assistance and Tactical Team, MATT:  Applications for Meth Labs", Kentucky Fire School and Homeland Security Conference, Lexington, KY, June 2006.

"The Forensic Evaluation of Gunshot Wounds", Theda Clark Trauma Center, Annual Trauma Symposium, Neenah, WI., May 2006

"Recognition of Pattern Injuries in Victims of Child Abuse and Domestic Violence", Theda Clark Trauma Center, Annual Trauma Symposium, Neenah, WI., May 2006

Louisville Metro Pan Flu Summit, Louisville Metro Health Department, Louisville, Kentucky.  May 2006.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. January 2006.

**2005**
"The Forensic Evaluation of Gunshot Wounds:  Does size matter?"  Kentucky Statewide Trauma Symposium, Louisville, Kentucky, November 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. October 2005.

"Clinical Forensic Medicine:  The forensic evaluation of penetrating trauma."  STATCARE Trauma Symposium, Owensboro, Kentucky, September 2005.

"A Coordinated Community Response:  Medical Assistance and Tactical Team, M.A.T.T.", STATCARE Trauma Symposium, Owensboro, Kentucky, September,2005.

"A Coordinated Community Response:  Medical Assistance and Tactical Team, M.A.T.T.", Roles of Health Professionals in the Early Response to Terrorism:  Biological, Chemical and Radiation Hazards, Louisville, Kentucky.  September 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. September 2005.

"The Forensic Evaluation of Blunt and Penetrating Trauma", Louisville Metro Police Training Academy, Louisville, Kentucky, August 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. August 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. July 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Anchorage and Soldotna, Alaska. June 2005.

71

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Muncie, Indiana. May 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. May 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. April 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. March 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. February 2005.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. January 2005.

**2004**
"Medical Assistance and Tactics Team, M.A.T.T.", 2004 Kentucky-Indiana Judicial Colloquium on Homeland Security and Emergency Health Powers, Kentucky Court of Justice and The Center for Public Health Law Partnerships, University of Louisville, Louisville, Kentucky, December 2004

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. November 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. October 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. September 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. August 2004.

 "Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. July,2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. June 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. May 2004.

"Recognition of Pattern Injuries", "Mandatory Reporting of Domestic Violence: Your Duty Under the Law", PEACC Project, University of Louisville, Louisville, Kentucky. April 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. April 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Cincinnati, Ohio. April 2004.

"Industry Roles and Resources in Environmental and Homeland Security", Environmental and Homeland Security, Kentucky Pollution Prevention Center, University of Louisville, Louisville, Kentucky. April 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. March 2004.

"Emergency Health Powers Task Force", Department of Emergency Medicine and Louisville Metro Police Department, Louisville, Kentucky. March 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Anchorage and Juneau, Alaska. February 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. February 2004.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. January 2004.

**2003**
"Pattern Injuries in Victims of Domestic Violence and Child Abuse", Louisville Metro Police Department Training Unit.  Louisville, Kentucky. December 2003.

"Forensic Evaluation of Penetrating Trauma", Louisville Metro Police Training Unit.  Louisville, Kentucky. December 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. November 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. October 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. September 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. August 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. July 2003.

"Disaster Preparedness and Terrorism:  Can a Trauma System Help?" Trauma Stakeholder's Conference, Kentucky Board of Emergency Medical Services.  Louisville, Kentucky. June 2003.

"Clinical Forensic Medicine in the Emergency Department", Tennessee Chapter of the American College of Emergency Physicians,  Nashville, Tennessee. June 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. June 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. May 2003.

"Medical Emergency Procedures During Times of Attack by Weapons of Mass Destruction", The American Society for Industrial Security, Baptist East Hospital, Louisville, Kentucky. May 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. April 2003.

"Motor Vehicle Crashes/Driver versus Passenger"; The Thirty-Sixth Annual Kentucky Coroner's Conference, Louisville, Kentucky. April 2003.

"Domestic Violence in Marital & Domestic Relationships", Twenty Ninth Annual Advances in Clinical Psychiatry and Psychopharmacology, University of Louisville, Louisville, Kentucky. March 2003.

"Forensic Photography and Injuries in Sexual Assault", Caring for the Sexual Assault Victim, Kentucky Association of Sexual Assault Programs. Louisville, Kentucky. February,2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. February 2003.

"STD's in the Sexually Assaulted Patient", Caring for the Sexual Assault Victim, Kentucky Association of Sexual Assault Programs.  Louisville, Kentucky. February 2003.

"Louisville's Medical Response Program", Louisville Metro Health Department, CDC Training Program, Louisville, Kentucky. January 2003.

**2002**
"The Forensic Evaluation of Gunshot Wounds", First Annual Emergency Nursing Seminar, University of Louisville Hospital, Louisville, Kentucky. November 2002.

"Airbag Induced Injuries and Deaths:  What the Automotive Industry Did Not Tell You", University of Kentucky Trauma Conference, Lexington, Kentucky. November 2002.

"Airbag Induced Injuries and Deaths:  What the Automotive Industry Did Not Tell You", National Aeromedical Conference, Kansas City, Kansas. November 2002.

 "The Determination of Driver versus Passenger", Kentucky State Police Accident Reconstruction Seminar, Frankfort, KY. October 2002.

"Airbag Induced Injuries and Deaths:  A Failure to Warn", Kentucky State Police Accident Reconstruction Seminar, Frankfort, KY. October 2002.

"How Do You Prepare Your Hospital for A Terrorist Event", Kentucky Terrorism Summit, Louisville/Jefferson County Emergency Management and Louisville Division of FBI, Louisville, Kentucky. September 2002.

"Forensic Photography and Pattern Injuries in the Sexually Assaulted Patient", Southern Indiana Sexual Assault Nurse Examiner Program, New Albany, Indiana. May 2002.

"Forensic Medicine", Trauma Topics-2002, Clarion Health, Indianapolis, Indiana. March 2002.

"Are We Prepared?", Public Service Day, Leadership Louisville Foundation, Louisville, Kentucky. January 2002.

Bioterrorism Readiness:  Incident Command, Laboratory Preparedness, Security, and Pharmaceutical Stockpile, Baptist East Hospital, Louisville, Kentucky. January 2002.

**2001**
"Airbag Induced Injuries" and  "The Determination of Driver versus Passenger"  Kentucky Defense Council, Louisville, Kentucky.  December 2001.

"Forensic Medicine for the Physician", Psi Delta Epsilon, Louisville, Kentucky. September 2001.

"Forensic Analysis of Motor Vehicle Collisions", STATCARE Trauma Symposium, University of Louisville Hospital, Louisville, Kentucky. September 2001.

"Hospital Preparedness for Terrorism", Trauma and Emergency Medicine Symposium, Kosair Children's Hospital. August 2001.

"Lead Toxicity:  At Home and on the Range", FBI Firearms Instructor Course, Kentucky Division of Federal Bureau of Investigation, Louisville, Kentucky. July 2001.

"Recognition of Pattern Injuries in Victims of Domestic Violence", University of Louisville Hospital, Louisville, Kentucky. June 2001.

"Forensic Photography and Pattern Injuries", Kentucky Sexual Assault Nurse Examiner Program, Lexington, Kentucky. June 2001.

"Sexual Abuse Examinations of Adolescents", Child Physical and Sexual Abuse:  Making Forensic Medicine Work for Children, Louisville, Kentucky. May 2001.

"Recognition of Pattern Injuries in Victims of Child Abuse and Domestic Violence", Child Physical and Sexual Abuse:  Making Forensic Medicine Work for Children, Louisville, Kentucky. May 2001.

"Forensic Photography and Pattern Injuries", Southern Indiana Sexual Assault Nurse Examiner Program, New Albany, Indiana. April 2001.

"Airbag Warning Label Project:  A Call to Arms", Regional Meeting, Society for Academic Emergency Medicine, New Orleans, Louisiana. March 2001.

"Medical Preparedness for WMD", Moorehead Domestic Preparedness Seminar, Moorehead, Kentucky. March 2001.

**2000**
"Airbag Induced Injuries" and "Determination of Driver versus Passenger", Trucking Litigation, Forensic Investigations and DOT Regulations in Kentucky. Louisville, Kentucky. December 2000.

"Planning a Medical Response to Bioterrorism", The Non-Public Health Clinical Microbiology Laboratory First Responder to Bioterrorism Workshop, South Central Association for Clinical Microbiology, Frankfort, Kentucky. October 2000.

"Pattern Injuries in Domestic Violence and Child Abuse", Crimes Against Women and Children Conference, United States Attorney for the Western District of Kentucky, Louisville, Kentucky. October 2000.

"Evidence Collection in the Emergency Department", Crimes Against Women and Children Conference, United States Attorney for the Western District of Kentucky, Louisville, Kentucky. October 2000.

"Identification of Pattern Injuries in Victims of Domestic Violence and Child Abuse", 2000 Maternal and Child Health Conference, Kentucky  Cabinet for Health Services, Louisville, Kentucky. September 2000.

"Domestic Violence Training Program for Physicians", University of Louisville School of Medicine, Louisville, Kentucky. June 2000.

"Clinical Forensic Medicine for the Emergency Physician", Alabama ACEP Annual Conference, Destin, Florida. June 2000.

"Airbag Induced Injuries", Current Trends in Brain Injury and Treatment, Frazier Rehabilitation Institute and Jewish Hospital, Louisville, Kentucky. May 2000.

"The Medical Response to Bioterrorism", Bioterrorism:  Planning a Community Response, University of Louisville School of Medicine, Louisville, Kentucky. January 2000.

**1999**
"Recognition of Pattern Injuries in Child Abuse", Tots and Trauma:  Children's Hospital Medical Center, Cincinnati, Ohio. November 1999.

"Airbag Injury and Deaths:  Updated Cases", Tots and Trauma:  Children's Hospital Medical Center, Cincinnati, Ohio. November 1999.

"Weapons of Mass Destruction:  Are we prepared?", Fifth Annual Current Issues & Trends in the Emergency Department, Kentucky Organ Donor Affiliates. November 1999.

"Forensic Photography", Southern Indiana Sexual Assault Training Program, Corydon, Indiana. October 1999.

"Bioterrorism:  Are We Prepared?", Kosair Children's Hospital Trauma Symposium, Louisville, Kentucky. September 1999.

"Airbag Induced Injuries:  From the Malignant to the Benign", Kentucky Academy of Trial Attorneys, Louisville, Kentucky. June 1999.

"Airbag Induced Injuries:  From the Malignant to the Benign", Trauma Update: A Review of Prehospital Care, Grandview Hospital, Dayton, Ohio. February 1999.

"The Forensic Aspects of Tactical Emergency Medicine", Trauma Update: A Review of Prehospital Care, Grandview Hospital, Dayton, Ohio. February 1999.

"The Forensic Evaluation of Gunshot Wounds", 1998 Annual Symposium, Mississippians for Emergency Medical Services, Biloxi, Mississippi. January 1999.

"Pattern Injuries in Domestic Violence", 1998 Annual Symposium, Mississippians for Emergency Medical Services, Biloxi, Mississippi. January 1999.

**1998**
"Domestic Violence Training Program for Physicians", Alliant Health Systems, Louisville, Kentucky. December 1998.

"Airbag Injuries and Deaths:  What you need to know", Tots and Trauma:  Update, Children's Hospital Medical Center, Cincinnati, Ohio. November 1998.

"The Forensic Evaluation of Gunshot Wounds", Tots and Trauma:  Update, Children's Hospital Medical Center, Cincinnati, Ohio. November,1998.

"Victims of Violence:  Patterns of Injury", Putting the Pieces Together... Forensics, Christian Hospital Northeast Trauma Services, St. Louis, Missouri. October 1998.

"The Forensics of Gunshot Wounds", Putting the Pieces Together... Forensics, Christian Hospital Northeast Trauma Services, St. Louis, Missouri. October,1998.

"Domestic Violence:  The Role of the Physician in Breaking the Cycle", Kentucky Medical Association Annual Meeting, Louisville, Kentucky. September 1998.

"Domestic Violence Training Program for Physicians", Alliant Health Systems, Louisville, Kentucky. August 1998.

"Recognition of Pattern Injuries in Victims of Domestic Violence and Child Abuse", St. John's Medical Center, Joplin, Missouri. April,1998.

Intervention and Documentation of Domestic Violence Injuries  University of Kansas Medical Center, Kansas City, Kansas. April,1998.

"Applications of Forensic Medicine for Domestic Violence/Sexual Assault Detectives", Louisville Division of Police, Louisville, Kentucky. March 1998.

**1997**
"Driver versus Passenger", Advance Accident Reconstruction Seminar, Kentucky State Police Training Academy, Frankfort, Kentucky. November 1997.

"The Recognition and Evaluation of Injuries in Victims of Domestic Violence", Society for the Prevention of Domestic Violence, Southwestern Medical School, Dallas, Texas. June 1997.

"The Forensic Evaluation of Gunshot Wounds" and "The Identification of Victims of Domestic Violence", St. John's Spring Trauma Symposium, Joplin, Missouri. May 1997.

"Impostors of Pediatric Abuse", Pediatric Trauma and Medical Emergencies Symposium, Kosair Children's Hospital, Louisville, Kentucky. May,1997.

"The Forensic Evaluation of Gunshot Wounds" and "The Identification of Victims of Domestic Violence", Kentucky EMT Instructor's Conference.  Louisville, Kentucky. April 1997.

"The Recognition and Identification of Injuries in Victims of Domestic Violence", Nineteenth Family Medicine Review Course, Department of Family Medicine, University of Louisville, Louisville, Kentucky. April 1997.

"Airbag Related Injuries", Los Angeles County Coroner's Office, Los Angeles, California. February 1997.

**1996**
"The Forensic Evaluation of Gunshot Wounds and Ballistics", STAT Flight Trauma Care Symposium, Louisville, Kentucky. August 1996.

"Airbags:  More than just hot air".  Pediatric Trauma and Medical Emergencies Symposium, Kosair Children's Hospital, Louisville, Kentucky. April 1996.

"Development of the First Clinical Forensic Medicine Training Program in the United States". Kentucky Coroner's Conference, Louisville, Kentucky. April 1996.

"Penetrating Trauma: The Forensic Evaluation".  University Hospital Trauma Symposium, Louisville, Kentucky. March 1996.

"Forensic Evidence and Penetrating Trauma".  Current Issues and Trends in the Emergency Department, KODA, Louisville, Kentucky. February 1996.

"The Forensic Evaluation of Child Abuse".  Current Issues and Trends in the Emergency Department, KODA, Louisville, Kentucky. February 1996.

**1995**
"Family Violence:  Identify, Report and Refer". Alliant Adult Services Medical Staff Symposium, Louisville, Kentucky. December 1995.

"Recognition, Evaluation and Collection of Evidence in the Emergency Department", Current Issues and Trends the Emergency Department, Louisville, Kentucky. February 1995.

"The Forensic Evaluation of Penetrating Trauma", Florence Fire and EMS, Florence, Kentucky. February,1995.

"Driver or Passenger?  Forensic evaluation of motor vehicle trauma",  Florence Fire and EMS, Florence, Kentucky. February 1995.

**1994**
"The Forensic Evaluation of Penetrating Trauma in the Emergency Department", Fifth Annual University of Kentucky Trauma/Emergency Symposium, Lexington, Kentucky. October,1994.

"Clinical Forensic Medicine in the Pediatric Patient", Pediatric Trauma and Medical Emergencies Symposium, Kosair Children's Hospital, Louisville, Kentucky. May 1994.

**1993**
"The Adult Sexual Assault Examination:  Medical and Legal Questions", Fifteenth Family Medicine Review Course, Department of Family Practice, University of Louisville, Louisville, Kentucky. June 1993.

"Clinical Forensic Medicine", Quarterly Medical Staff Dinner, Jewish Hospital, Louisville, Kentucky. March 1993.

**1992**
"Clinical Forensic Medicine", Fourteenth Family Medicine Review Course, Department of Family Practice, University of Louisville School of Medicine, Louisville, Kentucky. June 1992.

"Snake Envenomation:  Prehospital and Emergency Department Management and Treatment", Pediatric Trauma and Medical Emergency Symposium, Kosair Children's Hospital, Louisville, Kentucky. May 1992.

"Clinical Forensic Medicine",  Anatomy and Biomechanics of Trauma Symposium, University of Louisville School of Medicine, Louisville, Kentucky. April 1992.

"Forensic Aspects of Emergency Medicine", Tri-State Emergency Prehospital Care Seminar, Fort Mitchell, Kentucky. February 1992.

"Mechanism of Injury:  Indicators for Prehospital Triage", Tri-State Emergency Prehospital Care Seminar, Fort Mitchell, Kentucky. February 1992.

"Clinical Forensic Medicine and the Prosecutor", Jefferson County Commonwealth Attorney, Louisville, Kentucky. January 1992.

**1991**

"Relating Mechanism of Injury", Second Annual Kentucky EMS Conference and Trade Show, Louisville, Kentucky. September 1991.

"Forensic Aspects of Emergency Medicine", Ninth Annual STAT Flight Medical/Trauma Care Symposium, Louisville, Kentucky. August 1991.

"Mechanism of Injury - Researching the Causes of Injuries in Children", Pediatric Trauma Symposium, Kosair Children's Hospital, Louisville, Kentucky. May 1991.

"Injury Mechanisms and Vehicle Damage as Indicators for Prehospital Triage", Ninth Annual Klempner-SKYCARE Trauma and Critical Care Symposium, Louisville, Kentucky. April 1991.

"Collision Dynamics and Vehicle Damage as Indicators for Air Evacuation to a Trauma Center", Carroll County Community Hospital, Carrollton, Kentucky. March 1991.

"Prehospital Management of Snake Envenomation", Carroll County Community Hospital, Carrollton, Kentucky. March 1991.

"Practical Aspects of Occupant Kinematics and Injury Mechanisms:  The Unrestrained and Improperly Restrained Occupant", Collision Dynamics:  Issues and Answers, 1991, Louisville, Kentucky. March 1991.

**1990**

"Vehicle Damage as an Indicator of Injury Severity", Traffic Bureau, Louisville Division of Police, Louisville, Kentucky. December 1990.

"Safety Restraints, Alcohol and the Teenage Driver", Project Graduation, Kentucky Department of Education, Louisville, Kentucky. December 1990.

"Trauma in the Pediatric Patient", Department of Pediatric Surgery, University of Louisville, Louisville, Kentucky. December 1990.

"Vehicle Damage:  How Does It Relate to Triage and Patient Injuries", Kentucky EMS Conference and Trade Show, Louisville, Kentucky. September,1990.

"Vehicle Damage and Mechanism of Injury as Indicators for Prehospital Triage", Eighth Annual STAT Flight Medical /Trauma  Care Symposium, Louisville, Kentucky. August 1990.

"Injury Mechanism and Vehicle Damage as Indicators for Prehospital Triage", Department of Surgery, University of Louisville School of Medicine, Louisville, Kentucky. July 1990.

"Motor Vehicle Damage and Collision Dynamics:  Indicators of Injury Severity in the Pediatric Trauma Patient", Second Annual Trauma Symposium, Kosair Children's Hospital, Louisville, Kentucky. May 1990.

**Disaster Exercise Planning:**

Lifesaver 2005, Dallas-Fort Worth International Airport                                  2005

University of Louisville Hospital Disaster Committee, In-hospital and community-based semi-annual JACHO                                                                                  1994 - 2004

Louisville/Jefferson County Crisis Group, Tabletop and field exercises for biological, chemical and radiological events                                                           1998 - 2011

Center for Disease Control and Prevention, local contractor for chemical, biological and radiological tabletop exercises                                                           2001 - 2002

Center for Disease Control and Prevention, Hanuman Redux, Deployment of National Pharmaceutical Stockpile, Louisville, Kentucky                                       2001

**Related Experience:**
Consultant/Investigator, Kentucky Medical Examiner's Office, Louisville, Kentucky
                                                                                          1984-1991

Special Investigator, Jefferson County Coroner's Office, Louisville, Kentucky       1984-1985

**Recognized Areas of Expertise - State and Federal Courts:**
Emergency Medicine
Forensic Medicine
Penetrating Trauma:  knife and gunshot wounds-entrance versus exit, range-of-fire, bullet path/trajectory, shooting reconstruction, inflicted versus self-inflicted injuries, officer-involved shootings
Blunt Force Trauma:  pattern injury recognition, inflicted versus accidental injuries
Motor Vehicle Trauma:  Injury mechanisms, occupant kinematics, accident investigation, determination of occupant role-driver or passenger, restraint effectiveness, air bag-related/induced injuries
Strangulation/suffocation/asphyxia
Torture-related injuries
Elder Abuse and Neglect
Child Maltreatment
Forensic Toxicology
Wound/Injury Reconstruction
Staged/altered crime scenes
Sexual Assault

**Current and Prior Contracting Agencies – Criminal Cases:**
Queensland Australia Police Service
Victoria Australia Police Service
United States Attorney's Office
Federal Bureau of Investigation
US Department of Defense:  Army CID, Marine CID
US State Department
US Postal Service
Kentucky Office of the Attorney General

81

Office of the Minnesota Attorney General
South Carolina Attorney General
Office of the Attorney General of Texas
Office of the Washington Attorney General
Contra Costa County (CA) District Attorney
Los Angeles County (CA) District Attorney
Napa County (CA) Public Defender's Office
Riverside County (CA) District Attorney
1st Judicial District (CO) District Attorney
20th Judicial District (CO) District Attorney
Arapaho County (CO) Public Defender
Denver (CO) District Attorney
Ada County (ID) Prosecutor's Office
DeKalb County (IL) Prosecutor's Office
Allen County (IN) Prosecutor's Office
Clark County (IN) Prosecutor's Office
Floyd County (IN) Prosecutor's Office
Harrison County (IN) Prosecutor's Office
Jefferson County (IN) Prosecutor's Office
Ripley County (IN) Prosecutor's Office
Washington County (IN) Prosecutor's Office
Wayne County (IN) Prosecutor's Office
Boone County (KY) Commonwealth Attorney
Bullitt County (KY) Commonwealth Attorney
Carroll County (KY) Commonwealth Attorney
Clay County (KY) Commonwealth Attorney
Oldham County (KY) Commonwealth Attorney
Hardin County (KY) Commonwealth Attorney
Henderson County (KY) Commonwealth Attorney
Jefferson County (KY) Commonwealth Attorney
Jefferson County (KY) County Attorney' Office
Jefferson County (KY) Public Defender's Office
Logan County (KY) Commonwealth Attorney
Lyon County (KY) Commonwealth Attorney
Kentucky Department of Public Advocacy
Trimble County (KY) Commonwealth Attorney
Washington County (KY) Commonwealth Attorney
Cheboygan County (MI) Prosecutor's Office
Grand Traverse County (MI) Prosecutor's Office
2nd Judicial (NM) District Attorney's Office
Delaware County (OH) Prosecutor's Office
Franklin County (OH) District Attorney's Office
District 23 (OK) District Attorney's Office
Linn County (OR) District Attorney's Office
Harris County (TX) District Attorney's Office
Travis County (TX) District Attorney's Office
Criminal Defense Bar: California, Colorado, Indiana, Kentucky, Ohio, Michigan
Indiana State Police

82

Kentucky State Police
Michigan State Police
New York State Police
Wyoming State Police
San Diego County (CA) Sheriff's Department
Denver (CO) Police Department
Lakewood County (CO) Police Department
Hawaii County (HI) Police Department
Clark County (IN) Sheriff's Department
Floyd County (IN) Sheriff's Department
Harrison County (IN) Sheriff's Department
Jeffersonville (IN) Police Department
Madison (IN) Police Department
Monroe County (IN) Sheriff's Department
New Albany (IN) Police Department
Wayne County (IN) Sheriff's Department
Elizabethtown (KY) Police Department
Jeffersontown (KY) Police Department
Louisville Metro (KY) Police Department
Oldham County (KY) Police Department
Radcliff (KY) Police Department
Shelbyville (KY) Police Department
Shively (KY) Police Department
Springfield (KY) Police Department
St. Matthews (KY) Police Department
Westerville (OH) Police Department
Utah Highway Patrol (UT)
Longview (WA) Police Department
Big Horn County (WY) Sheriff's Department

**Employment/Volunteer/Humanitarian Experience:**

| | |
|---|---|
| Medical Mission, University of Louisville School of Medicine, Tanzania | 2018 |
| Medical Mission, University of Louisville School of Medicine, Tanzania | 2016 |
| Medical Mission, University of Louisville School of Medicine, Tanzania | 2015 |
| Medical Mission, University of Louisville School of Medicine, Tanzania | 2014 |
| Hand pump repair mission, WaterStep, Kenya | 2013 |
| Medical Mission, University of Louisville School of Medicine, Kenya | 2013 |
| Medical Mission, University of Louisville School of Medicine, Kenya | 2012 |
| Medical Mission, Mercy and Truth Medical Missions, Tanzania | 2011 |
| Stop Teen Violence Partnership, Louisville Metro Police Department | 2010 - 2018 |

Research Assistant, Department of Anatomical Science and Neurobiology,    1987-1993
University of Louisville School of Medicine, Louisville, Kentucky

Autopsy Assistant, Department of Pathology/Kentucky Medical Examiner's Office,
University of Louisville School of Medicine, Louisville, Kentucky    1986-1987

Volunteer fire fighter, Captain, Boyle County Fire Department, Danville, Kentucky
    1977-1981

Emergency Medical Technician, City of Louisville, Emergency Medical    1976-1978
Services, Louisville, Kentucky (KY# 3471)

Volunteer fire fighter, Harrods Creek Fire Department, Prospect, Kentucky    1975-1990

## Rule 26:  Civil Depositions and Trials
### William S. Smock, M.S., M.D.

| Date | Depo or Trial | Case | Location Filed | Attorney | Retained By |
|------|---------------|------|----------------|----------|-------------|
| 6/21 | D | Savage v. Westwoods Homeowners | Scott County, KY | Scott Davidson | defense |
| 6/21 | T | Bradley v. Louisville Mega Cavern | Louisville, KY | Max Smith | defense |
| 4/21 | D | Bradley v. Louisville Mega Cavern | Louisville, KY | Max Smith | defense |
| 3/21 | D | Weiford v. Northeast Development. | Stark County, OH | David Kulwicki | plaintiff |
| 2/21 | T | Weber v. Torres | Reno, NV | Susan Leeder | plaintiff |
| 1/21 | D | Sturgill v. Reynolds Concrete | Louisville, KY | Joseph Hummel | defense |
| 11/20 | D | Logan v. City of South Bend | South Bend, IN | Rick Hertel | Indiana Special Prosecutor |
| 11/20 | D | Petersen v. Pierce County, WA | Seattle, WA | Joseph Shaeffer | plaintiff |
| 6/20 | D | Miller v. Diebold | Louisville, KY | Brendan Daugherty | defense |
| 5/20 | D | Stewart v. Pinnacle et al. | Lexington, KY | Ann Oldfather | plaintiff |
| 3/20 | T | Howerton v. Galvin | Paducah, KY | Jim Harris | plaintiff |
| 2/20 | D | Franklin v. Smith et al. | Louisville, KY | Robert Mattingly | plaintiff |
| 2/20 | D | Nuby v. Whispering Brook et al. | Louisville, KY | Robert Mattingly | plaintiff |
| 2/20 | D | Boerste v. Ellis Towing LLC | US-Western District | Ann Oldfather | LMPD |
| 12/19 | D | Coulter v. Knox et al. | Bullitt County, KY | Chad McCoy | plaintiff |
| 11/19 | T | Renot v. Price et al. | Lexington, KY | Todd Varellas | plaintiff |
| 10/19 | D | Renot v. Price et al. | Lexington, KY | Todd Varellas | plaintiff |
| 10/19 | D | Farmer v. LVMPD | Las Vegas, NV | Andre Lagomarsino | plaintiff |
| 9/19 | T | Anderson v. Payne | Louisville, KY | Jennifer Peterson | defense |
| 10/18 | D | Farmer v. LVMPD | Las Vegas, NV | Fred Sayre | plaintiff |
| 10/18 | D | Noble v. Beacon Transport | London, KY | Tim Lange | plaintiff |
| 9/18 | D | Howerton v. Galvin | Paducah, KY | Jim Harris | plaintiff |
| 6/18 | D | Anderson v. Mascara et al | St. Lucie County, FL | Janice Fisher | plaintiff |
| 5/18 | T | Jones v. Cherokee Insurance | Paducah, KY | Jim Sigler | defense |
| 2/18 | D | Endicott v. Knight's Mechanical | Barren County | Matt McGill | plaintiff |
| 2/18 | D | Sallee v. Hunt, et al | Taylor County, KY | Joe Mattingly | plaintiff |
| 2/18 | D | Wallace v. Rusk, et al | Salt Lake City, UT | Nathan Morris | plaintiff |
| 1/18 | D | Blough v. Elizabethtown, et al | Louisville, KY | Jason Bell | defense |
| 9/17 | T | Seebachan v. John Eagle CC | Dallas, TX | Foster Reese | defense |
| 9/17 | T | Chaney v. GLS Leasco Inc | Russell County, KY | Vince Johnson | plaintiff |
| 8/17 | D | Chaney v. GLS Leasco Inc | Russell County, KY | Vince Johnson | plaintiff |
| 8/17 | D | Ralph v. Coogle | Louisville, KY | Kelly Rowan | defense |
| 8/17 | D | Waldrup v. Farr et al | Graves County, KY | James Harris | plaintiff |
| 7/17 | D | Seebachan v. John Eagle CC | Dallas, TX | Foster Reese | defense |
| 5/17 | D | Mary Bowling v. Maple LTC | Raleigh, NC | Stephen Gugenheim | plaintiff |
| 3/17 | D | Ricardo v. Slone et al | Louisville, KY | David Sage | plaintiff |

| 2/17 | T | Fugitt v. Auto Owners Insurance | Lexington, KY | Sandy Varellas | plaintiff |
| 1/17 | T | Call v. Rent-A-Center, et al | Boyd County, KY | Sam Aguiar | plaintiff |
| 12/16 | D | Drucker v. Correcthealth et al | Atlanta, GA | Lance Lourie | plaintiff |
| 10/16 | D | Sanders v. Memorial Health | Chattanooga, TN | Bryan Smith | plaintiff |
| 6/16 | D | Porter et al v. Corizon, et al | Louisville, KY | Sean Ragland | subpoena (LMPD) |
| 3/16 | D | Stewart v. Boone County, et al | Covington, KY | Jeff Mando | defense |
| 2/16 | D | Call v. Messer, et al | Ashland, KY | Sam Agular | plaintiff |
| 1/16 | D | French v. Holland | Hardin County, KY | Tom Conway | plaintiff |
| 12/15 | D | Lyons v. Hermann, et al | Clark County, IN | Al Priddy | plaintiff |
| 11/15 | D | Grizzly v. Lincoln National | Terre Haute, IN | James McDonald | plaintiff |
| 11/15 | D | Zelch v. Jeffersontown | Louisville, KY | Patricia Le Meur | defense |
| 11/15 | D | Moore v. Jackson | Owensboro, KY | Charlie Moore | plaintiff |
| 10/15 | D | Wilson v. Esurance | Union County, KY | Cliff Travis | defense |
| 9/15 | T | Slone v. Moore | Perry County, KY | James Bowling | plaintiff |
| 8/15 | D | George v. Corizon | Louisville | Chad McCoy | subpoena (LMPD) |
| 8/15 | D | Dowell v. US | Louisville, KY | Doug Morris | plaintiff |
| 8/15 | D | Fugitt v. Cleaver/Auto-Owners | Lexington, KY | Sandra Varelas | plaintiff |
| 5/15 | D | Cox v. Bishop, et al | Pulaski County, KY | Sam Aguiar | plaintiff |
| 5/15 | D | Dillander v. Fulton Boiler, et al | Bullitt County, KY | Chad Gardner | plaintiff |
| 5/15 | D | Cox v. Bishop | Somerset, KY | John Hollan | plaintiff |
| 3/15 | D | Lane v. Kindred | Harrodsburg, KY | Doug Stephan | defense |
| 3/15 | D | Roach v. Hughes | Owensboro, KY | Chris Rhoads | plaintiff |
| 2/15 | D | Dowell v. US | Louisville, KY | Doug Morris | plaintiff |
| 2/15 | D | Dehoney v. International Paper | Owensboro, KY | Mike Augustus | plaintiff |
| 12/14 | D | Crellin v. Koch | Louisville, KY | Hans Poppe | plaintiff |
| 9/14 | D | Braden v. Lewis | Louisville, KY | Lee Sitlinger | defense |
| 8/14 | D | Piercy v. Doosan Moxy America | Knox County, TN | Sid Gilreath | plaintiff |
| 6/14 | D | Benzing v. Carter | Miami County, IN | R.T. Green | plaintiff |
| 5/14 | D | Slone v. Moore | Perry County, KY | James Bowling | plaintiff |
| 6/13 | D | Bearden v. Adams | Louisville, KY | Lee Sitlinger | defense |
| 2/13 | D | Baird v. Barnett | Jeffersonville, IN | Christopher Goode | plaintiff |
| 1/13 | D | McCarty v. Covol Fuels | Owensboro, KY | Travis Holtrey | plaintiff |
| 6/12 | D | Brown v. Reynolds et al | Louisville, KY | Stacy Ivey | plaintiff |
| 2/12 | D | Cobb v. Burke | Owen County, KY | James Adams | defense |
| 1/12 | T | Reeves v. Intown Suits | Louisville, KY | Jeri Poppe | defense |
| 1/12 | T | Pauley v. Southern States | Shelbyville, KY | Chris Goode | plaintiff |
| 12/11 | D | Pauley v. Southern States | Shelbyville, KY | Chris Goode | plaintiff |
| 7/11 | D | Simms v. Byrd et al | Memphis, TN | Bryan Smith | plaintiff |
| 5/11 | D | Scott v. Aintree Condominiums | Lexington, KY | Elizabeth Winchell | defense |

## Criminal Trials and Depositions

Hundreds of criminal trials, criminal/child protective depositions and Grand Jury presentations in past 30 years as an Assistant Medical Examiner, Consultant to the Kentucky Medical Examiner's Office, Professor of Emergency Medicine, Director of the Sexual Assault Nurse Examiner Program, Police Surgeon and an expert for the Jefferson County Commonwealth Attorney's Office, the Kentucky Attorney General's Office, the United States Attorney's Office and other agencies, including the criminal defense bar, in the United States.  The majority of cases are in Jefferson Circuit Court, Louisville, Kentucky.
**Updated:  8/21**

# THE INSTITUTE OF CLINICAL FORENSIC MEDICINE AND NURSING
### "MEDICINE, LAW AND JUSTICE FOR THE LIVING"
#### 4157 GAP HOLLOW ROAD
#### NEW ALBANY, INDIANA 47150-9119

PHONE 812-949-4994
www.institute-forensic.com

Mr. Rod Payne
Boehl, Stopher & Graves, LLP
400 West Market Street, Suite 2300
Louisville, KY. 40202

August 27, 2021

Re:  Borowski v. CSXT

Dear Mr. Payne,

After my review of the medical records, the investigative file of the Bowling Green Police Department, videos, color photographs of the van and the scene, depositions and the examination of the exemplar van and driver today, I am able to render preliminary opinions within a reasonable degree of medical and scientific probability and/or certainty in this case.

Mr. Borowski, had he been properly restrained in the 2018 Ford van, would have walked away from this collision, without any significant injuries.  Mr. Borowski's head would not have impacted any of the components on the passenger side of the vehicle including the dashboard, windshield, A-pillar or the passenger's door.   Mr. Borowski's injuries are associated with his decision to not wear the functional restraint system available to him within the van.  In other words, the use of the functional restraint system would have significantly mitigated and eliminated his injuries.  Including his head injuries from impact with the interior components of the van.

Please contact me if you have any questions.  I will send you the photos from this morning's examination via email.

Yours sincerely,

William S. Smock, MD